IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LE T. LE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-615 LPS |
| | ) | |
| CITY OF WILMINGTON, JOSEPH F. CAPODANNO, JR. and JAMES J. O'DONNELL, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF JAMES H. MCMACKIN, III
### IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Mary B. Matterer (#2696)
James H. McMackin, III (#4284)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
(302) 888-6800
jmcmackin@morrisjames.com

Attorneys for Defendants

Dated: May 21, 2010

I, James H. McMackin, III, hereby declare:

1. I am counsel to the Defendants in the above-captioned matter.

2. I make this declaration in support of Defendants' Motions for Summary Judgment.

3. Attached as Exhibit A is a true and correct copy of excerpts from the deposition of Le. T. Le.

4. Attached as Exhibit B is a true and correct copy of excerpts from the deposition of Terry Jones.

5. Attached as Exhibit C is a true and correct copy of excerpts from the deposition of William O. Cornelius.

6. Attached as Exhibit D is a true and correct copy of excerpts from the deposition of Alphonso Ballard.

7. Attached as Exhibit E is a true and correct copy of excerpts from Defendants' document production.

8. Attached as Exhibit F is a true and correct copy of an email exchange between myself and counsel for the Plaintiff in this matter.

9. Attached as Exhibit G is a true and correct copy of further excerpts from Defendants' document production.

10. Attached as Exhibit H is a true and correct copy of excerpts from Plaintiff's document production.

11. Attached as Exhibit I is a true and correct copy of the list of files from Plaintiff's CD labeled LTL 1.

12. Attached as Exhibit J is a true and correct copy of the list of files from a CD provided by the U.S. Copyright Office.

13. Attached as Exhibit K is a chart comparing program modification dates.

14. Attached as Exhibit L is a true and correct copy of excerpts from Terry Jones' document production.

15. Attached as Exhibit M is a true and correct copy of further excerpts from Defendants' document production.

16. Attached as Exhibit N is a true and correct copy of further excerpts from Defendants' document production.

17. Attached as Exhibit O is a true and correct copy of further excerpts from Defendants' document production.

18. Attached as Exhibit P is a true and correct copy of further excerpts from Defendants' document production.

19. Attached as Exhibit Q is a true and correct copy of excerpts from the deposition of Jeffrey Starkey.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 21, 2010      By: _____
                              James H. McMackin, III