UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LE T. LE, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 08-615 LPS |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| CITY OF WILMINGTON, | ) | |
| JOSEPH F. CAPODANNO, JR., and | ) | |
| JAMES J. O'DONNELL, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF VICTOR F. BATTAGLIA, SR.
IN SUPPORT OF PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO
DEFENDANTS' TWO MOTIONS FOR SUMMARY JUDGMENT**

**BIGGS AND BATTAGLIA**

Victor F. Battaglia, Sr. (ID No. 156)
Philip B. Bartoshesky (ID No. 2056)
921 N. Orange Street
P.O. Box 1489
Wilmington, DE 19899-1489
victorsr@batlaw.com
(302) 655-9677

I, Victor F. Battaglia, Sr., hereby declare:

1. I am counsel for the Plaintiff in the captioned action.

2. I am making this affidavit in support of Plaintiff's Brief in opposition to Defendants' two motions for summary judgment.

3. Exhibit 1 is a true and correct copy of excerpts from the deposition of Plaintiff Le T. Le.

4. Exhibit 2 is a true and correct copy of excerpts from the deposition of Terry Jones.

5. Exhibit 3 is a true and correct copy of excerpts from the deposition of Alphonso Ballard.

6. Exhibit 4 is a true and correct copy of excerpts from the deposition of William Cornelius.

7. Exhibit 5 is a true and correct copy of excerpts from the deposition of James O'Donnell

8. Exhibit 6 is a true and correct copy of excerpts from the deposition of Joseph Cappodonna.

9. Exhibit 7 is a true and correct copy of excerpts from the deposition of Jeffrey Starkey.

10. Exhibit 8 is a true and correct copy of excerpts from the deposition of Alex Mili.

11. Exhibit 9 is a true and correct copy of excerpts from the deposition of John Sheridan.

12. Exhibit 10 is a true and correct copy of excerpts from the deposition of Suzanne Oliver

13. Exhibit 11 is a true and correct copy of excerpts from Plaintiffs' document production.

14. Exhibit 12 is a true and correct copy of excerpts from Defendants' document production.

15. Exhibit 13 is a true and correct copy of e-mail exchanges between me and counsel for the Defendants' from May 10 through May 14, 2010,. This Exhibit includes a message from Defendants' counsel on May 14, 2010 at 11:06 a.m. and a reply from me on May 14, 2010 at 2:41 p.m. that were omitted from Exhibit F of the Declaration of Defendants' counsel submitted in support of Defendants' Motions for Summary Judgment. I received no response to my May 14, 2010 2:41 p.m. message.

16. Exhibit 14 is a true and correct copy of an excerpt from Defendants' Answers to Plaintiff's Interrogatories.

17. Exhibit 15 is a true and correct copy of an excerpt from Plaintiff's Response to Defendants' Request for Production.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: June 10, 2010

Victor F. Battaglia, Sr.