## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LE T. LE,                              )
                                       )
      Plaintiff,               )
                                       )
    v.                          )    C.A. No. 08-615 LPS
                                       )
CITY OF WILMINGTON, JOSEPH F.          )
CAPODANNO, JR. and JAMES J.            )
O'DONNELL,                             )
                                       )
      Defendants.              )

---

## DECLARATION IN REPLY OF JAMES H. MCMACKIN, III
## IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

---

Mary B. Matterer (#2696)
James H. McMackin, III (#4284)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
(302) 888-6800
jmcmackin@morrisjames.com

Attorneys for Defendants

Dated: June 21, 2010

I, James H. McMackin, III, hereby declare:

1.      I am counsel to the Defendants in the above-captioned matter.

2.      I make this declaration in support of Defendants' Motions for Summary Judgment.

3.      Attached as Exhibit R is a true and correct copy of excerpts from the deposition of William O. Cornelius.

4.      Attached as Exhibit S is a true and correct copy of excerpts from Defendants' document production as well as a true and correct copy of an excerpt from Terry Jones' document production.

5.      Attached as Exhibit T is a true and correct copy of excerpts from the deposition of Jeffrey Starkey.

6.      Attached as Exhibit U is a true and correct copy of excerpts from the deposition of Le Thanh Le.

7.      Attached as Exhibit V is a true and correct copy of excerpts from the deposition of Joseph F. Capodanno, Jr.

8.      Attached as Exhibit W is a true and correct copy of further excerpts from Defendants' document production.

9.      Attached as Exhibit X is a true and correct copy of excerpts from Defendants' Second Revised Response to Plaintiff's First Set of Interrogatories Directed to All Defendants.

10.     Attached as Exhibit Y is a true and correct copy of excerpts from Plaintiff's document production.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 21, 2010                                   By: _____
                                                            James H. McMackin, III

# EXHIBIT   R

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LE T. LE,                          )
                                   )
            Plaintiff,             )
                                   ) Civil Action
v.                                 ) No. 08-615 LPS
                                   )
CITY OF WILMINGTON, JOSEPH F.      )
CAPODANNO, JR., and JAMES J.       )
O'DONNELL,                         )
                                   )
            Defendants.            )

            Deposition of WILLIAM O.
CORNELIUS, taken pursuant to notice at the law
offices of Biggs & Battaglia, 921 Orange Street,
Wilmington, Delaware, beginning at 1:00 p.m. on
Wednesday, March 31, 2010, before Anne L. Swoyer,
Registered Professional Reporter and Notary
Public.

APPEARANCES:

        VICTOR F. BATTAGLIA, ESQ.
        BIGGS & BATTAGLIA
        921 North Orange Street
        Wilmington, Delaware  19899
        For the Plaintiff,

        JAMES H. MCMACKIN, III, ESQ.
        MORRIS JAMES, LLP
        500 Delaware Avenue, Suite 1500
        Wilmington, Delaware  19801-1494
        For the Defendants.


            WILCOX & FETZER
1330 King Street - Wilmington, Delaware 19801
            (302) 655-0477
            www.wilfet.com



**WILCOX & FETZER LTD**
Registered Professional Reporters
(302) 655-0477
www.wilfet.com



William O. Cornelius

6

1    Q.  What was it that offended you about it,

2  the tone?

3    A.  Because when you start looking at the

4  history and everything with my people in this

5  country, if you look at Jack Benny and this guy

6  Rochester on TV, this "yes sir boss" type of

7  thing, I thought it was a derogatory racial

8  remark.  I just didn't like it.

9    Q.  When you say "yes sir," you didn't mean

10  to say S-I-R, as if it were S-U-R, "yes sur"?

11    A.  Yes.

12    Q.  Anything that you would like to question,

13  anything else?

14    A.  I don't know where this came from about

15  me requesting that Ms. Carty be replaced.  I know

16  there were problems with her and the network, but

17  I never said anything about her directly being

18  replaced.

19    Q.  That's Miss Carty?

20    A.  Yes.

21    Q.  What line?

22    A.  That's the last line, number four.

23    Q.  What they say you said is he -- that's

24  you, Mr. Cornelius -- recalled that O'Donnell



William O. Cornelius

18

1   for minority employees?

2       A.   Other than that one statement, no.   I

3   would say no.

4       Q.   Do you believe that Le and Jones were

5   competent City employees?

6               MR. MCMACKIN:   Objection to form.

7               THE WITNESS:   I do.

8   BY MR. BATTAGLIA:

9       Q.   Do you know whether or not there was an

10   effort to keep Le out of City employment?

11       A.   I don't know that, no.

12               MR. BATTAGLIA:   I think those are the

13   only questions I have.

14               MR. MCMACKIN:   I'm going to ask a

15   couple questions of Mr. Cornelius as well.

16                   EXAMINATION

17   BY MR. MCMACKIN:

18       Q.   We've met, Mr. Cornelius.   I'm Jim

19   McMackin.   I'm the attorney for the City of

20   Wilmington and I'm also representing

21   Mr. Capodanno and Mr. O'Donnell in this lawsuit.

22               How many years would you say you have

23   known Joe Capodanno?

24       A.   I have been there 28 years.   And I've



**WILCOX & FETZER LTD**
Registered Professional Reporters
(302) 655-0477
www.wilfet.com

William O. Cornelius

19

1    known him most of that time.

2       Q.   And other than the "yes sir" comment that

3    we've talked about already today, has he made any

4    other comments to you that you found to be

5    offensive in any way?

6       A.   No.

7       Q.   Has he made any comments that had any

8    sort of racial overtones?

9       A.   Not in my presence.

10      Q.   Have you heard about him making any other

11   comments?

12      A.   No.

13      Q.   Do the same things go for Mr. O'Donnell?

14      A.   Definitely.

15      Q.   Except you haven't known him quite as

16   long, correct?

17      A.   Yes, I haven't known him that long.  No,

18   not as long.

19      Q.   Did you ever work for, in a

20   supervisor/subordinate fashion, for Joe

21   Capodanno?

22      A.   Just a dotted line reporting, no

23   direction, in other words.  I report to Joe

24   Capodanno, but he does not give me directions on



William O. Cornelius

20

1  what work should be done.

2      Q.  Did he ever review you?

3      A.  Yes.

4      Q.  Did he ever give you any unfavorable

5  reviews?

6      A.  No.

7      Q.  Did he ever treat you unfairly?

8      A.  No.

9      Q.  Did he ever discipline you?

10     A.  No.

11     Q.  Regarding the "yes sir" comment again,

12  did you complain to anyone about that comment?

13     A.  No, I did not.

14     Q.  When he allegedly said "yes sir boss,"

15  did you say anything to him?

16     A.  No.

17     Q.  Over the years, how many times would you

18  estimate you've had occasion to interact with

19  Mr. Capodanno?  Would you say it's in the

20  hundreds, thousands, tens of thousands?

21     A.  I would say at least a couple hundred

22  times, yes.

23     Q.  And other than that "yes sir boss"

24  comment, you have no other negative interactions



William O. Cornelius

21

1    with him; is that fair to say?

2         A.  No.

3         Q.  Any negative interactions with Jim

4    O'Donnell?

5         A.  None at all.

6         Q.  What is it about the phrase "yes sir

7    boss" that you found to be offensive?

8         A.  I found it offensive because these are

9    the types of remarks that were made to, I don't

10   know, type of remarks that you heard as a child

11   growing up in the south, things like the Jack

12   Benny Show and Rochester saying "yes sir boss."

13   This type of thing I thought was like

14   subservient.  I never felt that way about my job

15   and I should not have anyone say that to me and I

16   just did not like it.

17        Q.  Did you have any reason to suspect that

18   Mr. Capodanno knew you would be offended if he

19   said that?

20        A.  No.

21        Q.  Recently was there an incident at the New

22   York Avenue location involving Verizon?

23        A.  A couple years ago, yes.

24        Q.  And about how many years ago would you



**WILCOX & FETZER LTD**
Registered Professional Reporters
(302) 655-0477
www.wilfet.com

# EXHIBIT   S

| | |
|---|---|
| **From:** | James J. O'Donnell |
| **Sent:** | Friday, October 06, 2006 7:19 AM |
| **To:** | William S. Montgomery |
| **Cc:** | Constance A. Blake; Joe Capodanno |
| **Bcc:** | Suzanne Oliver |
| **Subject:** | WEEKLY REPORT - WEEK ENDING 10/06/06 |

\*    MUNIS PROJECT UPDATE

> IT is continuing to monitor the payroll process. I think it is safe to say that, since the monitoring began, there has been significant improvement in paycheck accuracy.

> Utility Billing implementation is continuing. We are reviewing the latest data conversion pass, with the primary focus on the AR balances. We are finalizing the communication bill inserts for the storm water and the new bill format.

> We will be producing both the 1st quarter re-assessment property tax bills and the 2006 delinquent tax bills by October 15th.

> We will be testing MUNIS release 2005.02 for the next couple of weeks before loading it into the "live" environment.

> Sue, Dennis and I will be attending the MUNIS User Conference in Chicago on October 22-25.

\*    I have contracted with a network security specialist to perform a total review of our system. This is a result of our internal network being compromised by the wireless network connection. Additionally, with the e-mail problem that occurred within the past week, I want to realistically ensure that we are complying with best practices and procedures. Joe and I are still gathering all the facts as to the cause of both of these problems. By the end of next week, we will be taking the necessary disciplinary action. These kinds of issues further spotlight the need to outsource our network management and disaster recovery.

\*    We are continuing to map our plan for network management and disaster recovery.

\*    Due to the network and e-mail issues of the past 2 weeks, the completion of the 2 new job descriptions has been delayed. We should have them completed by 10/13.

\*    Our work at Rodney reservoir should be completed. However, Public Works is still doing maintenance at the site.

Jim O'Donnell
Director of Integrated Technologies

City of Wilmington
jodonnel@ci.wilmington.de.us
(302)576-2454

CITY_012920

| | |
|---|---|
| **From:** | Le T. Le |
| **Sent:** | Tuesday, May 16, 2006 7:32 PM |
| **To:** | Terry Jones |
| **Subject:** | Re: Cyndie's issue |

The first floor is vlan. We just have to go into the switch 10.1.1.51 and change the port that the computer is connected to to vlan 1. Make sure the computer is connected to the cisco and not the alcatel. The 7th floor can't be vlan because of the alcatel switch. Once we do the upgrade to the new cisco catalyst, we can put the 7th floor back to vlan 7.

Le


--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Terry Jones <TLJones@ci.wilmington.de.us>
To: Le T. Le <let@ci.wilmington.de.us>
Sent: Tue May 16 12:37:03 2006
Subject: FW: Cyndie's issue

Please read the email below.

-----Original Message-----
From: James J. O'Donnell
Sent: Tuesday, May 16, 2006 12:33 PM
To: Terry Jones; 'rscarinci@diamondtechnologies.com'
Subject: FW: Cyndie's issue


Gentlemen, can we get together at 3:00pm in the 9th floor IT conference room to discuss some of these issues.

Thanks.

-----Original Message-----
From: Suzanne Oliver
Sent: Tuesday, May 16, 2006 12:25 PM
To: 'rscarinci@diamondtechnologies.com'; James J. O'Donnell
Subject: RE: Cyndie's issue


Roland,

From what I understand the 1st and 9th were not for soem reason. As far as documentation.......I don't know.

Jim, Can you check with Terry on documentation and if we can get it VLANed if that

corrects the issue?

Sue

-----Original Message-----
From: Roland S. Scarinci [mailto:rscarinci@diamondtechnologies.com]
Sent: Tuesday, May 16, 2006 12:20 PM
To: James J. O'Donnell; Suzanne Oliver
Subject: Cyndie's issue


Just a quick update.  The issue that Cyndie and the PC's on the first
floor are experiencing are because they're not VLANed as they should
be.  The one station down there that is not experiencing an issue is
properly segmented on the 10.101.X.X/16 network but the remaining
stations are on the 10.1.X.X/16 VLAN.  I don't know if this is
intentional but this is likely the cause of the "hang-ups".  Similarly,
Cyndia's PC in her office is on the 10.1.X.X/16 VLAN.  I'm not sure if
there was a VLAN defined for the 7th floor or not, but if so, she should
be moved to it.

Do either of you know if the VLAN implementation was ever documented?  I
would assume that all systems on the various floors should be segmented
accordingly.  Knowing what was/should have been done, and what is
currently in place would be a tremendous help.


Thanks,
Roland

CITY_036094

| | |
|---|---|
| **From:** | Terry Jones |
| **Sent:** | Monday, August 21, 2006 4:06 PM |
| **To:** | James J. O'Donnell |
| **Cc:** | Joe Capodanno; Le T. Le; James Lewis; Help Desk; Bud Finney |
| **Subject:** | Network Switches |

Jim,

We put money in the budget to upgrade all old floor switches. Since there is some concern with the Network on the 5th and 9th floor, we'll just order the new Cisco switches for those 2 floors and have them install as soon as possible. However, it doesn't appear to be a problem with all of the users on the 5th and 9th floor, just 1 or 2 individuals on those floors. Most of the switches on the floors have reached end of life. Also, those power spikes that we had recently seem to have caused some issue too.


Thanks,

Terry

CITY_036656

CITY_043674

**From:** Terry Jones
**Sent:** Monday, June 05, 2006 7:49 AM
**To:** James J. O'Donnell; Dennis Cherrin; James Lewis; Le T. Le; Oscar Cornelious; Brian Berry
**Cc:** William S. Montgomery
**Subject:** RE: Electricity/Systems

Thanks. You're welcome.

From: James J. O'Donnell
Sent: Monday, June 05, 2006 8:07 AM
To: Terry Jones; Dennis Cherrin; James Lewis; Le T. Le; Oscar Cornelious; Brian Berry
Cc: William S. Montgomery
Subject: Electricity/Systems

I would like to thank all of you for ensuring a seamless system shut down / start up process this weekend. I received a phone call from Kash late Saturday, informing me that the power was back on. I came in yesterday around noon to process penalty and interest and run water/sewer bills and found everything operational.

Thanks again for a job well done.

Jim O'Donnell
Information Technology Director
City of Wilmington
jodonnel@ci.wilmington.de.us
(302)576-2454

CITY_046570

| | |
|---|---|
| **From:** | Roland S. Scarinci [rscarinci@diamondtechnologies.com] |
| **Sent:** | Thursday, July 21, 2005 8:15 AM |
| **To:** | James J. O'Donnell; Terry Jones |
| **Cc:** | Dennis Cherrin |
| **Subject:** | Status update |
| **Attachments:** | VISIFAULT.pdf; NF380.pdf |

Good morning,

Last night with the assistance of James and Le we got the stacked 6648 switches installed on the 9th floor and all of the other switches, including the big 7700, removed from the rack. Le and James test connectivity from Le and Joe Marsh's PC and both were able to connect to the network. Le saw a slowdown on his PC but we weren't sure if it was network or system related. He will look into that today. With swapping out so many drops, it's fairly predictable that there may be a small number of users on the 9th floor who will need some extra attention this morning. If anything critical comes up, please call me. (267) 978-3197.

Le and I attempted to trace the fiber lines last night but were unable to with the laser pointer we were using. Le and I are in agreement that we should purchase the "real" tracing tool (description in the attachments). This tool will need to be purchased and the lines tested prior to next weekend's server room work. To expedite the purchase of this tool, Diamond can purchase this and re-bill the City of Wilmington on its monthly invoice. Please let me know if you'd like to proceed with that plan. As always, let me know if you have any questions or comments.

Thanks,
Roland

CITY_05461

**From:** Le T. Le
**Sent:** Monday, May 07, 2007 8:02 AM
**To:** James J. O'Donnell; Suzanne Oliver
**Subject:** new export from I8i
**Attachments:** export5.4-6.07.txt

Friday and the weekend.

Le

# MEMORANDUM

**TO:**     Terry Jones
Network Supervisor
Division of Integrated Technologies
Office of the Mayor

**FROM:**    Joseph F. Capodanno Jr.
Manager, Division of Integrated Technologies
Office of the Mayor

**DATE:**    October 17, 2006

**RE:**      **Written Disciplinary Action**

As the Network Supervisor, your responsibilities include the daily administration and troubleshooting of computer networks and insuring system security. The problems that have been occurring during the past three weeks (September 21, 2006 through October 11, 2006), cited below, under your leadership, are completely unacceptable.

The major issues are:

1. **Public Wireless Network Connection to the City's Internal Private Network Connection** – You stated on several occasions that "it appeared that SOMEONE plugged" a cable from the wireless network directly into the internal network, thus allowing anyone from the outside potential access to the City's information. This action resulted in a serious security breach, exposing our private network assets, including sensitive personnel and customer information for an extended period of time (7-8 days). This problem was exacerbated by the length of time the issue went undiscovered.

2. **McAfee Security Device Connection** – As you stated again, "SOMEONE" connected a cable to the Dell device rather than the McAfee device, causing several thousand e-mails to be "undelivered" to City personnel. Once again, this unsupervised action resulted in considerable problems to the business activities of the City, particularly for the Law Department and the Mayor's Office.

3. **Server Access Failure Following the Scheduled Power Outage** – Prior to the scheduled power outage on Saturday, October 7, 2006, you stated that, due to the outage being estimated at less than an hour, you were not going to power down any essential servers. You were instructed (via e-mail) to have all systems operational by noon on Saturday, October 7. On Sunday, October 8, it was discovered that some servers were still powered off. On Monday, October 9, Jim O'Donnell, Director of Integrated Technologies, could not access any applications from his workstation. On Tuesday, October 10, all workstations on the 1st and 6th floors were unable to access any applications, resulting in unsatisfactory service for City customers, both internal and external. Apparently, these access failures were the result of the Alcatel switches on the affected floors needing to be manually rebooted after a power loss. Rick Hobbs, a contract consultant, confirmed that the Alcatel switches do not reinitialize properly after a power loss and need manual intervention. With this being a known issue, it is beyond comprehension that a review of these switches was not conducted following the power outage.

F:\CORR\W0029858.DOC\10/17/06

**TJ0001**

# EXHIBIT   T

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LE T. LE,                              )
                                       )
            Plaintiff,                 )
                                       ) Civil Action
v.                                     ) No. 08-615 LPS
                                       )
CITY OF WILMINGTON, JOSEPH F.          )
CAPODANNO, JR., and JAMES J.           )
O'DONNELL,                             )
                                       )
            Defendants.                )

                    Deposition of JEFFREY STARKEY,
       taken pursuant to notice at the law offices of
       Biggs & Battaglia, 921 Orange Street, Wilmington,
       Delaware, beginning at 10:00 a.m. on Wednesday,
       April 7, 2010, before Anne L. Swoyer, Registered
       Professional Reporter and Notary Public.
       APPEARANCES:
               VICTOR F. BATTAGLIA, ESQ.
               BIGGS & BATTAGLIA
               921 North Orange Street
               Wilmington, Delaware  19899
               For the Plaintiff,
               MARY B. MATTERER  ESQ.
               MORRIS JAMES, LLP
               500 Delaware Avenue, Suite 1500
               Wilmington, Delaware  19801-1494
               For the Defendants.

                    WILCOX & FETZER
       1330 King Street - Wilmington, Delaware 19801
                    (302) 655-0477
                    www.wilfet.com



**WILCOX & FETZER LTD**
Registered Professional Reporters
(302) 655-0477
www.wilfet.com



Jeffrey Starkey

28

1          MS. MATTERER:  Objection to the form

2     of the question.  Calls for speculation.

3          THE WITNESS:  I can't answer that.

4     You would have to ask them.

5     BY MR. BATTAGLIA:

6          Q.  Who in the Mayor's Office did you show

7     this to?

8          A.  Mayor's staff.  I mean, we do monthly

9     meetings.

10         Q.  I know when you said the Mayor's Office,

11    I took it you meant the Mayor's staff.  But is

12    there anybody specific in the Mayor's Office that

13    you showed the document to?

14         A.  I don't recall who my representative was

15    at that time.  They've had some changes.

16         Q.  Who had been your representatives?

17         A.  Rhett Ruggerio was a rep and Dawn

18    Thompson is now our rep.

19         Q.  Did you ever have any conversation with

20    Mr. Le about marketing the instant ticket

21    program?

22         A.  I don't recall any conversation about

23    marketing.

24         Q.  I need to be clear.  Are you telling us

Jeffrey Starkey

29

1    that there were not such conversations or that

2    there may have been but you don't recall them?

3        A.   I don't recall having conversation about

4    marketing the program.

5        Q.   So you are not denying that conversation

6    took place?

7                 MS. MATTERER:   Asked and answered.

8    BY MR. BATTAGLIA:

9        Q.   Thank you.

10       A.   I don't recall having a conversation

11   relative to marketing.

12       Q.   Did you ever agree to help Mr. Le market

13   the instant ticket program?

14       A.   Ever agree to help him market it?

15       Q.   Yes, sir.

16       A.   I don't recall having a conversation

17   about marketing.

18       Q.   And you are not saying that you didn't

19   agree to help him market the instant ticket

20   program, but you don't recall whether you had

21   such conversation?

22                 MS. MATTERER:   Objection to the form

23   of the question.

24   BY MR. BATTAGLIA:

Jeffrey Starkey

30

1       Q.   Thank you.

2       A.   I don't recall.   I can't market something

3   that's City property.

4       Q.   Well, that's not the question.   The

5   .question is:   Did you ever discuss with Mr. Le

6   the possibility of helping him market the instant

7   ticket program?

8       A.   I don't recall that.

9       Q.   Now, let me hand you this document and

10  ask if you have ever, if you can identify it.

11  Here you go, Mary.   Take a few minutes and just

12  familiarize yourself with it.

13      A.   Okay.

14      Q.   Did you read the second page?

15      A.   Okay.

16      Q.   Now, can you identify the document?

17      A.   It says appeal of termination of

18  employment.

19      Q.   Do you know who Mr. Pratcher is?

20      A.   Yes.

21      Q.   Who is he?

22      A.   Deputy Director of Personnel Or Human

23  Resources.

24          MR. BATTAGLIA:   Would you mark this,



Jeffrey Starkey

31

1    please, as Exhibit 5?

2              (Starkey Exhibit No. 5, Appeal of

3    Termination of Employment, was marked for

4    identification.)

5    BY MR. BATTAGLIA:

6       Q.   Commissioner, I'm going to ask you to

7    turn to the top of Page 2 and read the language

8    there.  I'm going to read it to you.  "Although

9    you designed the software program on your own

10   computer during off-duty hours, there is no

11   question it was designed specifically for the

12   instant ticket program," et cetera.

13              Now, were you aware of the fact that

14   Mr. Pratcher apparently found as a fact that

15   Mr. Le designed this software program on his own

16   computer during off-duty hours?

17              MS. MATTERER:  Objection to the form

18   of the question.  Calls for speculation.

19              THE WITNESS:  No.

20   BY MR. BATTAGLIA:

21      Q.   Did you ever talk to Mr. Pratcher about

22   the fact that Mr. Le designed this on off-duty

23   hours and on his own computer?

24      A.   Just for the record, this is not all the

Jeffrey Starkey

32

1    program does is instant ticketing.

2       Q.  We'll talk about that then.  Do you want

3    to tell us what else it does?

4       A.  It does violations.

5       Q.  This letter says the whole software .

6    program on your own computer during off-duty

7    hours.  You are saying you disagree with that?

8       A.  Yes.

9       Q.  Tell us why you disagree with it.

10      A.  Because I had interaction with him during

11   work hours.

12      Q.  Would you agree with me that there are

13   two phases of preparing software, one is the

14   creation of it and the other is the

15   implementation of it?  Would you agree with me --

16      A.  I don't know what the process is.

17      Q.  What I want to know is whether or not you

18   had a hand in the creation or whether or not your

19   hand was in the implementation of the program.

20      A.  Both.

21      Q.  What did you do by way of creation?

22      A.  I came up with the idea.  If I didn't

23   come up with the idea, it would have never

24   happened.

ATTACH TO DEPOSITION OF: Jeffrey Starkey

DATE TAKEN: 04-07-10

IN THE MATTER OF: Le v City of Wilmington

## ERRATA SHEET

**INSTRUCTIONS:** After reading the transcript of your deposition, please note any change or correction and the reason therefor on this sheet. **Do not make any marks or notations on the transcript itself.** Rule 30(e) governing this procedure is enclosed. Please sign and date this errata sheet and return it to our office at the address indicated below. Thank you.

| PAGE | LINE | CHANGE OR CORRECTION AND REASON |
|------|------|--------------------------------|
| 3 | 14-15 | Licenses and Inspections |
| 3 | 21 | Licenses and Inspections |
| 7 | 8 | employees |
| 8 | 2 | managers |
| 8 | 19 | mean by the process |
| 10 | 4 | his/her |
| 10 | 23 | Then is he |
| 13 | 4 | Department of Licenses and Inspections |
| 23 | 19 | hearing you today |
| 32 | 5 | says he wrote the |
| 32 | 6 | program on his own |
| 37 | 7-8 | Licenses and Inspections |

I have read the foregoing transcript of my deposition and, except for any corrections or changes noted above, I hereby subscribe to the transcript as an accurate record of the statements made by me.

DATED: 5/13/10            _(Signature of Deponent)_

RETURN TO:  WILCOX & FETZER, LTD.
                    1330 King Street
                    Wilmington, DE 19801

# EXHIBIT   U

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LE T. LE,                          )
                                   )
          Plaintiff,               )
                                   ) Civil Action No.
v.                                 ) 08-615 LPS
                                   )
CITY OF WILMINGTON,                )
JOSEPH F. CAPODANNO, JR., and      )
JAMES J. O'DONNELL,                )
                                   )
          Defendants.              )

          Videotape Deposition of LE THANH LE,
taken pursuant to notice at the law offices of
Morris James, LLP, 500 Delaware Avenue, Suite
1500, Wilmington, Delaware, beginning at 10:33
a.m., on Friday, April 9, 2010, before Terry
Barbano Burke, RMR-CRR, and Notary Public.

APPEARANCES:

          VICTOR F. BATTAGLIA, SR., ESQUIRE
          BIGGS & BATTAGLIA
            921 North Orange Street
            Wilmington, Delaware  19801
            For the Plaintiff

          JAMES H. McMACKIN, III, ESQUIRE
          MARY B. MATTERER, ESQUIRE
          MORRIS JAMES LLP
            500 Delaware Avenue, Suite 1500
            Wilmington, Delaware  19801
            For the Defendant
ALSO PRESENT:
          CHELSEA BORDEAUX, Video Specialist
          Discovery Video Services
                  WILCOX & FETZER
     1330 King Street - Wilmington, Delaware 19801
                  (302) 655-0477
                  www.wilfet.com





Le T. Le

266

1    that that was his problem of having too many

2    paperwork and that was the idea that I came up

3    with, is create a web application, because I have

4    been doing that on my prior job.

5        Q.  And did you walk out of the room and

6    create it in the subsequent months or did you

7    provide -- were you given some assistance?

8        A.  During the time that I created, I did not

9    get assistance from other people.

10       Q.  How did you know what to put on the -- in

11   the program?

12       A.  Well, because he gave me like all the

13   tickets that he has before and I looked at those

14   tickets.

15       Q.  So you had copies of the tickets that

16   were at that time being issued manually?

17       A.  Manually.

18       Q.  Is that correct?

19       A.  Yes.

20       Q.  Did you receive anything else?

21       A.  Not that I recall, no.

22       Q.  Did you receive any input from people

23   telling you what needed to be part of the

24   program?



**WILCOX & FETZER LTD**
Registered Professional Reporters
(302) 655-0477
www.wilfet.com

Le T. Le

267

1    A.   That was when I would put it on so they

2    could test it out and that was the implementation

3    when they would be using it and telling me if

4    something was needed.

5              MS. MATTERER:   36.

6              (DX-36 was marked for

7    identification.)

8    BY MS. MATTERER:

9        Q.   Have you ever seen this e-mail before?

10       A.   Yes.

11       Q.   Did Tyrone Smith provide to you a copy of

12   a logo?

13       A.   Yes.

14       Q.   And did you use that logo for some

15   purpose?

16       A.   Yes.

17       Q.   And what purpose was that?

18       A.   The logo was put onto the violation.  The

19   logo would be put onto the instant ticket and I

20   used the logo on other departments also.

21       Q.   And does that logo, is that logo included

22   in the application?

23       A.   Yes, the logo.

24       Q.   I'm going to hand to you an Exhibit



Le T. Le

268

```
1    No. 37.

2              (DX-37 was marked for

3    identification.)

4              MS. MATTERER:  We'll try to go

5    through these quickly.

6              THE WITNESS:  I'm getting hungry

7    again.

8    BY MS. MATTERER:

9       Q.  This is a document Bates numbered

10   CITY 010976.

11             Do you recall having seen this

12   before?

13      A.  Yes.

14      Q.  And what information is being provided to

15   you in this e-mail?

16      A.  This is, every time they have new

17   inspector, new employee that come in, they would

18   ask me if I could put it into the database so

19   that the inspector would have access to it.  And

20   also any time they change the code, building code

21   or housing code or violation code, something like

22   that, I would either add the code, remove the

23   code, stuff like that.

24             MS. MATTERER:  This document is being
```



1    marked as Exhibit No. 38.

2                  (DX-38 was marked for

3    identification.)

4    BY MS. MATTERER:

5        Q.   Did Jeff Starkey give you any input as to

6    what to put on the form of the citation?

7        A.   Yes.   After it was done and they were

8    testing it out, they would give me different

9    inputs on things that they would like to see on

10   there or things they would think they want to

11   change.   Like I originally put down something

12   else and they want to change it to something

13   else.   That would be after I would implement that

14   and then they were using it.   They would change

15   it.

16       Q.   I'm handing you DX-39.

17                  (DX-39 was marked for

18   identification.)

19   BY MS. MATTERER:

20       Q.   Were you given a list of reports that

21   were needed for instant ticketing?

22       A.   Yes.   These are canned reports that I

23   would create for them after they have tickets

24   generated, I would create a canned report for



Le T. Le

270

```
 1    them.

 2        Q.   Are these reports part of the

 3    application?

 4        A.   These reports are part of the add-on ap

 5    for the application.

 6        Q.   I'm handing you a document that's been

 7    marked as exhibit No. 40.

 8             (DX-40 was marked for

 9    identification.)

10    BY MS. MATTERER:

11        Q.   I ask you to take a minute to look at

12    that.

13        A.   Okay.

14        Q.   Is this a request from Jeff Starkey to

15    update the property data?

16        A.   Yes.  As I said earlier, the property

17    data was a request from I believe the county, and

18    once in awhile we scrap the data and put it into

19    the database.

20        Q.   Do you recall why there was a need to

21    update the property data?

22        A.   Every time -- well, once a year -- I

23    don't know how often -- the county update their

24    property data, but the one that was in the
```

1    program at that time was a year old and they

2    afraid they make some new changes to the data and

3    they want to update.

4       Q.  And when you update the property data, is

5    that a change that you make in the application?

6       A.  It's the database.  Not the code.  I have

7    to make updates.

8            MS. MATTERER:  41.

9            (DX-41 was marked for

10   identification.)

11   BY MS. MATTERER:

12      Q.  I'm handing you a document that's been

13   marked Defendants' Exhibit 41.

14            Can you tell me who Kevin Wilson is?

15      A.  I believe he's one of the inspectors

16   there.

17      Q.  He indicates that he wants to send this

18   to you to see if it's possible to put this on the

19   violation page.

20            Do you recall whether that was ever

21   sent to you?

22      A.  I don't recall.  I'm sorry, I don't

23   recall.

24      Q.  Do you know what the number sequence



Le T. Le

272

1     problem was about?

2         A.   The number sequence problem?

3         Q.   Yes.  Let me draw your attention to the

4     second sentence.

5         A.   The number sequence?  I do not recall.  I.

6     do not recall.  I'm sorry.

7         Q.   Do you know whether they would be talking

8     about this number down in the lower right-hand

9     corner -- left-hand corner?

10        A.   I do not recall.  I'm sorry.

11        Q.   Okay.

12        A.   I do not recall.

13        Q.   I'm showing you a document that's being

14    marked as Defendants' Exhibit 42.

15                (DX-42 was marked for

16    identification.)

17                THE WITNESS:  Okay.

18    BY MS. MATTERER:

19        Q.   Do you recall this document?

20        A.   Yes.

21        Q.   Did you depend on Jeffrey Starkey to give

22    you a list of the inspectors?

23        A.   Yes.  Because I do not know his

24    inspector.

Le T. Le

273

1    Q.   And the list of inspectors, is that list

2    included in the application?

3    A.   In the database.   That's part of the data

4    that's in the database.   It has nothing to do

5    with the code, actually.

6    Q.   The identity of the inspectors is not

7    part of the code, is that what you're telling me?

8    A.   Yes.

9    Q.   Just the placeholder for the inspectors'

10    name?

11    A.   Each inspector and the people there, they

12    all have a different type of user.   Some people

13    could be an overall admin, which is like Jeff.

14    And an admin type would be able to do everything

15    on -- in the application, just as removing other

16    inspector, removing violation and stuff like

17    that.

18          And all the regular inspector is just

19    a regular inspector type, where I would look for

20    an inspector type and they would be able to do

21    regular things that inspector would do, which is

22    adding violation and stuff.

23    Q.   So there's no drop-down box or --

24    A.   The drop-down box is there, but the

1    drop-down box pull from the database and it

2    doesn't pull by the name.  Like it doesn't pull

3    as Kevin Wilson.  It's pulled as the field name.

4    We just say, okay, this is field last name.

5    Whatever all the last name in there is pulled.

6    So it's not actually using the data.  It's not

7    actually me typing in the name into the code.

8    It's whatever is in the data, it pull out.

9        Q.  So it's you putting these names in the

10   database; is that correct?

11       A.  Yes.

12       Q.  Thank you.

13           I show you a document that's been

14   marked as Defendants' Exhibit 43.

15           (DX-43 was marked for

16   identification.)

17   BY MS. MATTERER:

18       Q.  Is this an instruction from Jeff Starkey

19   to make an adjustment to the coupon box?

20       A.  Yes.  He would -- he was looking at the

21   data, and he just asked me to make a note to the

22   box.

23       Q.  Can you just tell me what the coupon box

24   is?



Le T. Le

275

1       A.   Oh, it's been awhile.  I don't remember.

2   It's the portion where after they -- the owner

3   gets sent the violation, they would remove the

4   portion at the bottom and send back with the

5   amount that they owe for the violation.

6       Q.   I'm showing you now an exhibit that's

7   been marked as Defendants' Exhibit 44.

8               (DX-44 was marked for

9   identification.)

10  BY MS. MATTERER:

11      Q.   Before I go to 44, can I just clarify

12  whether that coupon box is part of the

13  application or the database?

14      A.   It would be part of the application.  It

15  pull from the database.  It pull information from

16  the database.

17      Q.   With respect to Defendants' Exhibit 44,

18  am I correct that Jeff Starkey is the one who --

19  how was -- excuse me.  Let me start again.

20              Does this "Citation (Instant Ticket)"

21  wording appear on the instant ticket?

22      A.   Yes.

23      Q.   And this particular format, was that

24  provided by Jeff Starkey?

Le T. Le

276

1    A.  I had the word "citation" there before,

2    and he just said he want to add the word "instant

3    ticket" under it.

4    Q.  And did you make the change that he

5    requested?

6    A.  I do not remember if I made the changes.

7    Q.  If I show you an instant ticket, you

8    would remember, you could tell?

9    A.  I could tell possibly if I did, but it's

10   been awhile.  I don't remember.

11   Q.  And would this change have been made in

12   the application or in the database?

13   A.  In the application.

14   Q.  Do you recall discussing L&I rental

15   property census tract project, do you know what

16   that means?

17   A.  Census tract?

18   Q.  Would it help you to see a document?

19   A.  Yes, it would help to see.

20   Q.  I'm marking this as Defendants'

21   Exhibit 45.

22            (DX-45 was marked for

23   identification.)

24   BY MS. MATTERER:

Le T. Le

1      Q.  At the bottom it appears to be a question

2  from Karen Ingram.  Who is Karen Ingram?

3      A.  She's the secretary for the L&I, for Jeff

4  Starkey, the L&I commissioner.

5      Q.  And does this document refresh your

6  recollection of the L&I rental property/census

7  tract project?

8      A.  She asked if I could add information to a

9  property, if it's a rented property, in what

10  census tract the location of the property is in.

11     Q.  And were you able to help her with that?

12     A.  I believe so.  I do not remember.  I

13  believe so.

14     Q.  Was she asking for a change in the

15  application here or in the database?

16     A.  Both.  The information has to be put in

17  the database, and then it would just explain it

18  on the application.

19     Q.  I'm handing you an exhibit that has been

20  marked as Defendants' Exhibit No. 46.

21          (DX-46 was marked for

22  identification.)

23  BY MS. MATTERER:

24     Q.  My first question to you is if you can

**W&F**

**WILCOX & FETZER LTD**
Registered Professional Reporters
(302) 655-0477
www.wilfet.com

1    identify the person who sent this e-mail?

2        A.   It would be Bud Finney, I guess.  It

3    says "Bud" down here.  It would be Bud Finney.

4    Yes.

5        Q.   And who do you understand "Bud" is?

6        A.   Bud is a help desk person.

7        Q.   Can I draw your attention to the third

8    paragraph of his e-mail.

9        A.   Uh-huh.

10       Q.   I'll give you a minute just to look at

11   that.

12       A.   Okay.

13       Q.   Do you see where he's saying that he has

14   been giving you what you needed for the web pages

15   he is creating?  Do you understand what he's

16   talking about here?

17       A.   I do not recall exactly what he's given

18   me, but from the look of this, you read the

19   bottom line, "I also have some code I've been

20   working on that I'll be giving him this week to

21   incorporate into his web inventory database."

22   That is an inventory application that I create at

23   work for -- to help the help desk alleviate some

24   of the paperwork issue that they have when people

Le T. Le

279

1    are signing out printer cartridges or people

2    getting new PC's.

3            This inventory database would help

4    keep track of everything on a computer instead of

5    having to write down in a, you know, a piece of

6    paper, on a piece of paper or in a notebook.

7        Q.  Did he ever provide you with code for the

8    violations or instant ticket application?

9        A.  No.  This one, this inventory database I

10   created at work with the help of pretty much

11   everybody in IT at that time, which is the help

12   desk, Terry and James Lewis, and we created for

13   the benefit of the help desk.

14       Q.  Did you copyright it?

15       A.  No.

16       Q.  Why not?

17       A.  I did it at work, I did it on behalf of

18   Terry and helping out the help desk.  So I didn't

19   think it would belong to me because I did it

20   there.

21       Q.  I'm handing you a document that has been

22   marked as Exhibit 47.

23            (DX-47 was marked for

24   identification.)



Le T. Le

280

1    BY MS. MATTERER:

2        Q.   Do you know who Kevin Wilson is?

3        A.   Kevin is one of the inspectors for L&I.

4        Q.   And what is he asking you to do in this

5    e-mail?

6        A.   There were times when there were bugs in

7    the application and I would have to fix the bugs

8    in order for them to work correctly.

9             As with any application being

10   developed, I mean there would be errors and bugs

11   that happen, and that part would be when it would

12   be doing the implementation because that's when

13   the users start using it so they could find out

14   the bugs so I could fix it.

15            MS. MATTERER:   I think we need to

16   change the tape.

17            THE WITNESS:   Okay.

18            VIDEO SPECIALIST:   Off the record

19   5:29 p.m.

20            (DX-48 through DX-51 were marked for

21   identification.)

22            VIDEO SPECIALIST:   On the record at

23   5:34 p.m.

24   BY MS. MATTERER:

Le T. Le

281

1     Q.  Mr. Le, I've given you a document that's

2     been marked as Defendants' Exhibit 48.  Can you

3     tell me who Anthony Knisely is?

4     A.  I believe he's also another inspector.

5     Q.  Okay.  Do you see in the next to the last

6     line there he is requesting a change on the

7     violation form?

8     A.  Yes.

9     Q.  Do you recall whether that change was

10    accommodated?

11    A.  I do not remember.

12    Q.  Is that a change that would need to be

13    made to the application?

14    A.  Yes, it would be a small change in the

15    code.

16    Q.  This is a document that's been marked as

17    Defendants' Exhibit 49.

18          Do you recall having seen this

19    document before?

20    A.  Yes.

21    Q.  Can you tell me what Jeff Starkey's

22    asking you to do here?

23    A.  He want me to put the section number

24    behind a description of the violation, and he's

Le T. Le

282

1  telling me that he can't get the picture to

2  attach to the violation notice.

3      Q.  Do you remember whether the section was

4  ultimately put behind the description?

5      A.  I do not remember.

6      Q.  Is that a change that would be needed to

7  be made to the application?

8      A.  It would be a small change to pull the

9  data.

10          MR. BATTAGLIA:  Small change for the

11  data.

12          THE WITNESS:  Small change for the

13  form, the application form, to pull the data.

14  BY MS. MATTERER:

15      Q.  I want to go back to Defendants'

16  Exhibit 49.

17      A.  Okay.

18      Q.  Is that a change that would need to be

19  made to the application or the database or both?

20      A.  It would be to the application.

21      Q.  Thank you.

22          Just a couple more.

23          Can you tell me when you started

24  working with Sue Oliver on the -- with respect to

Le T. Le

283

1  this application?

2      A.  I don't remember the exact time and date.

3      Q.  This is a document that's been marked as

4  Defendants' Exhibit No. 50.

5      A.  Uh-huh.

6      Q.  So at least by April 2007 she is involved

7  with this program at some point; right?

8      A.  (Witness nods.)

9      Q.  What is she asking you to do here?

10     A.  She's asking to get a list of all the

11 violation notice that has been sent out as ticket

12 so that she could import that list into MUNIS for

13 the people who receive the ticket to go and pay

14 their ticket.

15     Q.  This is before the instant tickets

16 started to be used; correct?

17     A.  This is a test to see if the export and

18 import from one database through the other would

19 work, one side to the other would work.

20     Q.  Okay.  Did you accommodate her request to

21 get the file in a similar format?

22     A.  I did eventually.  I do not remember when

23 I got back to her.

24     Q.  Okay.



**WILCOX & FETZER LTD**
Registered Professional Reporters
(302) 655-0477
www.wilfet.com

1          And changing the format, is that a

2     change that would be on the application?

3      A.   No.   This is all manual export from the

4     database out into Excel or into a text file.   It

5     has nothing to do with the application.

6      Q.   And you had no problem with Sue Oliver

7     working on the -- on this program at that time;

8     is that right?

9      A.   Well, this is not the program that she

10    work on.   This is the MUNIS program.   It's not

11    the program that I create.   It's the MUNIS

12    program, just taking in information from the L&I

13    database so that user could go and pay their bill

14    from the MUNIS side.

15     Q.   Did she make any contributions to the

16    application during the time that you were there?

17     A.   No.

18     Q.   Okay.

19          And as far as you remember, she

20    didn't make any requests for changes to the

21    application; is that right?

22     A.   Not to the application, no.

23     Q.   I'm handing you a document that's been

24    marked as Exhibit 51.



Le T. Le

285

1    Can you explain to us what change was

2  made, if any, as a result of this request?

3    A.  Hold on.  Give me one second.  Originally

4  I had a box where they could enter in the date.

5  It proved to be a little bit too much work for

6  the inspector to type in the date, so they want a

7  drop-down where they could select the date.

8  Instead of typing it in, they wanted to be able

9  to click the mouse and select the date.

10    Q.  And was that change made to the

11  application?

12    A.  Yes, it was.

13    Q.  On June the 10th, you indicate that it

14  would be done in about two to three weeks, and

15  then I see on June the 14th that it was done.

16    A.  Uh-huh.

17    Q.  Is that correct?

18    A.  Yes.

19    Q.  Can you tell me what happened in the

20  interim?

21    A.  I said possibly it will be done in two,

22  three weeks because I do not know what or if I

23  could get the code done.  Obviously in that time

24  frame, you know, if I have time at home to do it,

Le T. Le

291

1     Q.  We already talked about some resources

2  that the City made available, but what other

3  resources were made available for this project on

4  Day 1?

5          MR. BATTAGLIA:  I'm sorry, I'm not

6  sure that you've asked the same question.  Your

7  earlier question did not speak about what was

8  made available on Day 1, as the thing went on.

9  Now you're saying what other resources were made

10  available on Day 1.

11          MS. MATTERER:  I'll rephrase.

12          MR. BATTAGLIA:  Thank you.

13  BY MS. MATTERER:

14     Q.  What resources were made available to you

15  on Day 1?

16     A.  Besides the tickets that they have at

17  that time, I took a couple of tests, a couple of

18  tickets, old tickets that they have.

19     Q.  Computer, software?

20     A.  No, because I don't use any special

21  software to do my code, and I have a computer at

22  home where I do all my coding.  Even with my side

23  work, it has just a text editor where I do all my

24  typing, all my coding, and the database was

Le T. Le

292

1   written in Microsoft access where it came with

2   Microsoft office that I have at home.

3            I actually turned my computer at home

4   into a server where I could run website out from

5   my computer to test out things.  There were.no

6   special software that need to be purchased or

7   anything, no.

8       Q.  What software were you using?

9       A.  Microsoft Access.

10      Q.  Uh-huh.

11      A.  That was for the database.  And that came

12  with Microsoft Office basically.  Pretty much if

13  you purchase a computer, you have it.  It came

14  with Microsoft Windows if you purchased Microsoft

15  Office.

16      Q.  And is that the computer that you made

17  available to us for inspection?

18      A.  Yes.

19      Q.  And what --

20      A.  It was actually a -- that would be the

21  second generation computer, because I update -- I

22  upgrade a computer once.  I put more memory in

23  there because the older generation was too slow.

24  So during the year at the City of Wilmington, I

1    actually update the computer adding parts to it.

2        Q.  And we're talking about your personal

3    computer now?

4        A.  My personal computer.

5        Q.  And where is the first computer that

6    contained the first drafts?

7        A.  That -- what I did is I upgraded into

8    that computer.  I took out the graphic card and I

9    added a new graphic card, I add new memory into

10   it.  That's the same one.  I removed the CD

11   drive, the old CD drive and add the new CD drive

12   in, but it's basically the same one.  I just

13   upgrade the computer.

14       Q.  And what happened to the programming that

15   was on the first drive that you removed?

16       A.  The drive was there.  The program was

17   still there.  I mean any program that was on

18   there is still on there.  I've done program that

19   I work, other kind of work on the side and

20   install.  It's still there.

21       Q.  Is that the program that you used to

22   provide us with a copy of in your document

23   production of what your program was -- is?

24       A.  What program?



Le T. Le

294

1     Q.  You produced to us a disk --

2     A.  Uh-huh.

3     Q.  -- of your program.

4     A.  Uh-huh.

5     Q.  And I'm wondering what the source of that

6  production was, where it came from?

7     A.  Oh, it came from the -- that computer,

8  the only thing with the drive is every once in

9  awhile I format my computer, I reformat my

10  computer when it get too heavy, and then what I

11  did before I do that is I move all the stuff I

12  need, I move it to a separate drive and then

13  when -- after I reformat and reinstall the new

14  windows, I put everything back where it's

15  supposed to be.  And that might be the second or

16  the third time I reformat my computer since I

17  have it.

18     Q.  Did you search everything available to

19  you for all versions of the copyrighted software

20  that's in dispute?

21     A.  I believe so.  Yes, I believe so.  I

22  don't remember anywhere else that I would have

23  put it, aside from CD's that I no longer -- that

24  are no longer in my possession.  But everything

Le T. Le

1      6:33 p.m.

2                    (Recess.)

3                    VIDEO SPECIALIST:   On the record at

4      6:39 p.m.

5      BY MS. MATTERER:

6        Q.   Before I go back to the document I just

7      gave you, can you give me a ballpark figure about

8      how many hours did you spend designing the

9      application that you copyrighted?

10       A.   Ballpark?

11                   MR. BATTAGLIA:   If you can give a

12     reasonable estimate, but please don't guess.

13                   THE WITNESS:   I can't say for sure.

14     It's been too long.   I don't want to guess it.

15     BY MS. MATTERER:

16       Q.   I'm just talking about designing the

17     program, when you were doing the sketch?

18       A.   That's what I mean.   I do not want to

19     guess a number.   It's been too long.   I don't

20     remember how long.

21       Q.   Was it more than a week?

22       A.   It would be more than a week, but not in

23     total hours, because I have like an hour here,

24     two hour there to do it.   I don't know.

Le T. Le

320

1      Q.   Can you give me a ballpark figure for how

2    many hours you spent coding the program?

3      A.   That I definitely don't remember.

4      Q.   Testing the program?

5      A.   Testing was done not only by me, but by

6    the all night inspector, so I have no idea, total

7    no idea.

8      Q.   What was the largest amount of time spent

9    on, was it designing, coding, testing or

10   something else?

11     A.   I would say testing.

12     Q.   Did you prepare a manual to go along with

13   the application?

14     A.   No, not that I know of, no.   I don't

15   recall having a manual.

16     Q.   Do you recall if anybody did?

17     A.   I don't remember.   I don't recall.   At

18   least not myself, I do not.

19     Q.   I'm sorry, I'm going to get back to that

20   document I gave you before, but just to follow up

21   with this.   I want to show you a document

22   identified as Defendants' Exhibit 62.

23          (DX-62 was marked for

24   identification.)

Le T. Le

361

1    I done at the City of Wilmington, I will put that

2    on there, and the ones that I've done at home,

3    sometime I put it on, sometime I don't.

4                MS. MATTERER:   Maybe we better change

5    the tape now.

6                VIDEO SPECIALIST:   Off the record at

7    7:41 p.m.

8                (Pause.)

9                (DX-66 was marked for

10   identification.)

11               VIDEO SPECIALIST:   On the record at

12   7:42 p.m.

13   BY MS. MATTERER:

14      Q.   Do you recognize this?

15      A.   It's a little bit off format, but yeah, I

16   recognize it.

17      Q.   Do you see where there's an indication on

18   this document of "Copyrights 2004"?

19      A.   Yes.

20      Q.   "City of Wilmington, Department of

21   Information Technology"?

22      A.   Yes.

23      Q.   Is that a copyright that you inserted in

24   this application?



Le T. Le

362

1      A.   I might have.   I don't recall, but I

2   might have.

3      Q.   Wouldn't that put the City on notice that

4   it had ownership in this application, at least

5   this feature?

6      A.   This feature, yes.

7      Q.   Okay, I'm going to show you -- you were

8   the only one that programmed that application;

9   correct?

10     A.   At the time, yes.

11     Q.   I'm going to show you another document

12  that's been labeled Defendants' 67.

13               (DX-67 was marked for

14  identification.)

15               MS. MATTERER:   I'm sorry, I'll share.

16  BY MS. MATTERER:

17     Q.   I'll represent to you that this came as

18  part of "added IT cert.asp"?

19     A.   Uh-huh.

20     Q.   Do you see a copyright indication on this

21  page?

22     A.   Yes.

23     Q.   And who copyrighted it?

24     A.   It's a copyright City of Wilmington,

1  Department of Information Technology.

2      Q.  2004; correct?

3      A.  Yes.

4      Q.  Did you input that into this application?

5      A.  I do not remember if I did or not.

6      Q.  But nobody else was inputting into this

7  application, were they?

8      A.  I do not know that, though.  I said I

9  would -- I was the only -- the sole person

10  working on it, but when I took it into the City

11  and putting it on the server, anybody could have

12  access to it.

13      Q.  And you would have been able to see this;

14  correct?

15      A.  I would have, if I pay attention to it,

16  yes.

17      Q.  And would you have the authority if it

18  was copyrighted by the City to change the

19  copyright to you?

20              MR. BATTAGLIA:  I'm sorry, you're

21  talking about this instrument, this one-page

22  instrument?

23              MS. MATTERER:  Yes.

24              MR. BATTAGLIA:  Yes.



Le T. Le

364

1              THE WITNESS:  I could have.

2      BY MS. MATTERER:

3          Q.  You could ignore the City of Wilmington

4      copyright and make it your own, is that what

5      you're telling me?

6          A.  I could have.  I don't know if I did or

7      not.  I could have.  Though, as I said earlier, I

8      create similar application for the City, and some

9      of it was on the same server and files do get

10     moved around by myself.

11         Q.  What is the first date that you put your

12     copyright indication on the application that you

13     copyrighted?

14         A.  I don't remember the date.

15         Q.  So you have no -- you cannot say as you

16     sit here today that it came before the documents

17     I'm showing you now with the copyright for the

18     City of Wilmington; is that right?

19         A.  I do not know if it's before or after.

20         Q.  You have no explanation for how the

21     copyright indication for the City of Wilmington

22     changed to copyright for Le T. Le?

23              MR. BATTAGLIA:  Objection to the form

24     of the question.  That assumes that one came

Le T. Le

365

1    first and there's no testimony to that effect.

2              THE WITNESS:  I do not remember --

3    BY MS. MATTERER:

4        Q.  You can answer.

5        A.  -- which one come first.  I don't

6    remember when I put in the copyright I have.  And

7    as I said earlier, because I create the

8    application similar to the L&I application that

9    were residing on the same server, I create at

10   work and I have the copyright symbol on there,

11   there are time when I use, reuse my code from

12   different places.

13       Q.  Well, you agree with me that if it's a

14   work that's already copyrighted that you can't

15   claim ownership of it; correct?

16             MR. BATTAGLIA:  Objection to the

17   question because it assumes the work has been

18   copyrighted.  There's no evidence of the fact

19   that it's been copyrighted.

20   BY MS. MATTERER:

21       Q.  You can answer.

22       A.  I do not know.

23       Q.  Well, the program in the file you sent to

24   us doesn't have a copyright City of Wilmington;



# EXHIBIT   V

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LE T. LE,                                )
                                         )
            Plaintiff,                   )
                                         )  Civil Action
v.                                       )  No. 08-615 LPS
                                         )
CITY OF WILMINGTON, JOSEPH F.            )
CAPODANNO, JR., and JAMES J.             )
O'DONNELL,                               )
                                         )
            Defendants.                  )

                    Deposition of JOSEPH F.
CAPODANNO, JR., taken pursuant to notice at the
law offices of Biggs & Battaglia, 921 Orange
Street, Wilmington, Delaware, beginning at 10:00
a.m. on Tuesday, March 30, 2010, before Anne L.
Swoyer, Registered Professional Reporter and
Notary Public.

APPEARANCES:

        VICTOR F. BATTAGLIA, ESQ.
        BIGGS & BATTAGLIA
        921 North Orange Street
        Wilmington, Delaware  19899
        For the Plaintiff,

        JAMES H. MCMACKIN, III, ESQ.
        MORRIS JAMES, LLP
        500 Delaware Avenue, Suite 1500
        Wilmington, Delaware  19801-1494
        For the Defendants, City of
        Wilmington and Joseph Capodanno.

            WILCOX & FETZER
1330 King Street - Wilmington, Delaware 19801
            (302) 655-0477
            www.wilfet.com



**WILCOX & FETZER LTD**
Registered Professional Reporters
(302) 655-0477
www.wilfet.com



Case 1:08-cv-00615-LPS   Document 147   Filed 06/21/10   Page 64 of 147 PageID #: 1326
Joseph F. Capodanno, Jr.

67

1    what do you mean?

2        Q.   If Le had worked on the instant ticket

3    program on his computer while he was at work.

4        A.   I never checked that, no.

5        Q.   Did you ever ask anybody to do it?

6        A.   I did not.

7        Q.   The computer that he worked on at work

8    was there; wasn't it?

9        A.   He had a laptop and he had a City

10   assigned laptop computer that he would bring to

11   work and take home with him every night.  I had

12   no objection to that.

13       Q.   That City assigned computer is still in

14   your possession; isn't it?

15       A.   Yeah, we have it.  I'm assuming we have

16   it.  I thought we gave it to our attorneys.  I'm

17   not sure.

18       Q.   Has anybody checked it to see whether or

19   not any of the work that Le did was done on that

20   computer, that any of the work that Le did on the

21   instant ticket?

22       A.   I don't know if anybody has checked.  I'm

23   not sure somebody checked.  I don't know what

24   they found on it.



Joseph F. Capodanno, Jr.

68

1     Q.  Has anybody ever reported that they found

2   any indication that some of the work that he did

3   on the instant ticket program was done at the

4   office?

5     **A.  No one has ever reported that to me.**

6     Q.  Did you check with the people who worked

7   with him to see if he did any work on the instant

8   ticket program at the City office?

9     **A.  No, I did not.**

10     Q.  Did anybody check it?

11     **A.  I can't answer that.**

12     Q.  Not to your knowledge?

13     **A.  Not to my knowledge.**

14     Q.  Thank you.  Do you know when the City

15   stopped using the instant ticket program created

16   by Le?

17             MR. MCMACKIN:  Objection to form.

18             THE WITNESS:  I do not.  That would

19   be, that would involve Jim O'Donnell and Suzanne

20   Oliver.  I did not get involved with software too

21   much.

22   BY MR. BATTAGLIA:

23     Q.  Did Suzanne Oliver work on any new

24   instant ticket program after Le left?



**WILCOX & FETZER LTD**
Registered Professional Reporters
(302) 655-0477
www.wilfet.com

# EXHIBIT   W

| | |
|---|---|
| **File Name :** | aboutus.asp |
| **File Creation Date :** | 01/14/2005 19:39:01 |
| **File Modified Date :** | 09/14/2004 13:47:45 |
| **File Printed Date :** | No Date |
| **System Creation Date :** | 01/14/2005 19:39:01 |
| **System Modified Date :** | 01/14/2005 19:39:01 |
| **System Accessed Date :** | 01/19/2010 17:26:54 |
| **Time Bias :** | -300 |
| **Last Saved By :** | 0 |
| **Custodian :** | Le, Le |
| **Source :** | |
| **Original Path :** | U:/Home Folders/Users/Let/backup for intranet/1.14.05/Inetpub/CityLnI/violations/aboutus.asp |
| **Company :** | |
| **Author :** | |
| **Comment Author :** | |
| **Title :** | Violations |
| **Summary :** | |
| **Category :** | |
| **Keywords :** | |
| **Version :** | 0 |
| **Hash Value :** | A7FDFBF6B80D9A0C543764D56320C1C9 |

CITY_055186



Home      L&I Home      About Us      Contact Us

Violations Home
Search
Add Property
Reports Manager
Violation Codes
Inspectors

Copyrights ©2004, City of Wilmington, Department of Information Technology

i">L&I Home About Us Contact Us
Violations Home
Search
Add Property
Reports Manager
Violation Codes
Inspectors

CITY_055187

```
                    <td width="100"><a href="http://citylni/"><b>L&I Home</b></a></td>
                    <td width="100"><a href="aboutus.asp"><b>About Us</b></a></td>
                    <td width="100"><a href="contact.asp"><b>Contact Us</b></a></td>
                    <td width="275"> </td>
            </tr>
            </table>
</td></tr>
<tr height="441"><td width="125" valign="top" bgcolor="#F5D996"> <br>
        <a class="nav" href="default.asp">Violations Home</a><br>
        <a class="nav" href="search.asp">Search</a><br>
        <a class="nav" href="addeditcert.asp?cert=add&update=no&search=false">Add
Property</a><br>
        <a class="nav" href="reports.asp?search=false">Reports Manager</a><br>
        <a class="nav" href="viewcodes.asp">Violation Codes</a><br>
        <a class="nav" href="inspectors.asp">Inspectors</a><br>
        </td>
        <td width="675" align="center"><br>
        <br>
</td>
</tr>
<tr><td colspan="2" height="25" bgcolor="#103873" align="center"
valign="center"><font size="1pt" color="#FFFFFF" face="arial"><i>Copyrights
&copy;2004.  City of Wilmington, Department of Information
Technology</i></font></td></tr>
</table>
</body>
</html>i/"><b>L&I Home</b></a></td>
                    <td width="100"><a href="aboutus.asp"><b>About Us</b></a></td>
                    <td width="100"><a href="contact.asp"><b>Contact Us</b></a></td>
                    <td width="275"> </td>
            </tr>
            </table>
</td></tr>
<tr height="441"><td width="125" valign="top" bgcolor="#F5D996"> <br>
        <a class="nav" href="default.asp">Violations Home</a><br>
        <a class="nav" href="search.asp">Search</a><br>
        <a class="nav" href="addeditcert.asp?cert=add&update=no&search=false">Add
Property</a><br>
        <a class="nav" href="reports.asp?search=false">Reports Manager</a><br>
        <a class="nav" href="viewcodes.asp">Violation Codes</a><br>
        <a class="nav" href="inspectors.asp">Inspectors</a><br>
```

CITY_055189

| | |
|---|---|
| **File Name :** | adddailylog.asp |
| **File Creation Date :** | 08/28/2006 18:51:58 |
| **File Modified Date :** | 04/04/2006 20:24:01 |
| **File Printed Date :** | No Date |
| **System Creation Date :** | 08/28/2006 18:51:58 |
| **System Modified Date :** | 08/28/2006 18:51:58 |
| **System Accessed Date :** | 01/19/2010 17:52:58 |
| **Time Bias :** | -300 |
| **Last Saved By :** | 0 |
| **Custodian :** | Le, Le |
| **Source :** | |
| **Original Path :** | U:/Home Folders/Users/Let/backup for intranet/citylni8.25.06/CityLnI/violations/adddailylog.asp |
| **Company :** | |
| **Author :** | |
| **Comment Author :** | |
| **Title :** | Licenses and Inspections v1.1 |
| **Summary :** | |
| **Category :** | |
| **Keywords :** | |
| **Version :** | 0 |
| **Hash Value :** | 263C3935B80118EF4299FF1D0C2B7613 |

CITY_055010



**Home**　　　**L&I Home**　　　**About Us**　　　**Contact Us**

Violations Home
Search
Add Property
Reports Manager
Violation Codes
Inspectors
Monthly Report

**Daily Log**

Date:
Inspector:
Time:　From: 7 ▾ : 00 ▾ AM ▾ To: 7 ▾ : 00 ▾ AM ▾
Address:
Census Tract:
Service Area:
Inspection Type:　---Select-- ▾
Action:　---Select-- ▾

Remarks:

[ Save ]　[ Reset ]

Copyrights ©2004. City of Wilmington, Department of Information Technology

e="hidden" name="compliance" value="">　[ Save ]　[ Reset ]　<td colspan="2" height="25" b

CITY_055011

```
            <input type="hidden" name="floorcode" value="<%=floorcode%>">
            <input type="hidden" name="compliance" value="<%=compliance%>">
            <input type="hidden" name="user" value="<%=user%>">
            <input type="hidden" name="thedate" value="<%=thedate%>">
            <input type="hidden" name="datemodified" value="<%=datemodified%>">
            <input type="hidden" name="servicearea" value="<%=servicearea%>">
            <input type="hidden" name="inspectorid" value="<%=inspectorid%>">
</td></tr>
<tr><td colspan="2" align="center"><input type="submit" name="submit" value="Save">
   <input type="reset" name="reset" value="Reset"></td></tr>
</table>
</form>
</td>
</tr>
<tr><td colspan="2" height="25" bgcolor="#103873" align="center"
valign="center"><font size="1pt" color="#FFFFFF" face="arial"><i>Copyrights
&copy;2004.  City of Wilmington, Department of Information
Technology</i></font></td></tr>
</table>
<!--<DIV ID="popCal" STYLE="position:absolute; width: 205; height:205;
display:none">
<IFRAME ID="CalFrame" SRC="calpopd.asp?tbm=blah" WIDTH="205" HEIGHT="205"></IFRAME>
</DIV>-->
</body>
</html>e="hidden" name="compliance" value="<%=compliance%>">
            <input type="hidden" name="user" value="<%=user%>">
            <input type="hidden" name="thedate" value="<%=thedate%>">
            <input type="hidden" name="datemodified" value="<%=datemodified%>">
            <input type="hidden" name="servicearea" value="<%=servicearea%>">
            <input type="hidden" name="inspectorid" value="<%=inspectorid%>">
</td></tr>
<tr><td colspan="2" align="center"><input type="submit" name="submit" value="Save">
   <input type="reset" name="reset" value="Reset"></td></tr>
</table>
</form>
</td>
</tr>
<tr><td colspan="2" height="25" b
```

CITY_055017

| | |
|---|---|
| **File Name :** | addeditcert.asp |
| **File Creation Date :** | 09/13/2004 18:29:34 |
| **File Modified Date :** | 08/16/2004 18:11:35 |
| **File Printed Date :** | No Date |
| **System Creation Date :** | 09/13/2004 18:29:34 |
| **System Modified Date :** | 09/13/2004 18:29:34 |
| **System Accessed Date :** | 01/19/2010 17:15:29 |
| **Time Bias :** | -300 |
| **Last Saved By :** | 0 |
| **Custodian :** | Le, Le |
| **Source :** | |
| **Original Path :** | U:/Home Folders/Users/Let/backup/wwwroot/CityLnI/violations/addeditcert.asp |
| **Company :** | |
| **Author :** | |
| **Comment Author :** | |
| **Title :** | Licenses and Inspections v1.1 |
| **Summary :** | |
| **Category :** | |
| **Keywords :** | |
| **Version :** | 0 |
| **Hash Value :** | 98B9FA60E57464F01B2E30EB4273563D |

CITY_054851



CITY_054852

```
                              <option value="CL" <% if Owner_Street_Type = "CL"
then write("selected") end if %>> Circle
                              <option value="CR" <% if Owner_Street_Type = "CR"
then write("selected") end if %>> Crescent
                              <option value="HY" <% if Owner_Street_Type = "HY"
then write("selected") end if %>> Highway
                              <option value="LA" <% if Owner_Street_Type = "LA"
then write("selected") end if %>> Lane
                              <option value="DR" <% if Owner_Street_Type = "DR"
then write("selected") end if %>> Drive
                              <option value="CT" <% if Owner_Street_Type = "CT"
then write("selected") end if %>> Court
                              <option value="PL" <% if Owner_Street_Type = "PL"
then write("selected") end if %>> Place
                              <option value="AL" <% if Owner_Street_Type = "AL"
then write("selected") end if %>> Alley
                              <option value="RO" <% if Owner_Street_Type = "RO"
then write("selected") end if %>> Row
                              <option value="PI" <% if Owner_Street_Type = "PI"
then write("selected") end if %>> Pike
                              <option value="CO" <% if Owner_Street_Type = "CO"
then write("selected") end if %>> Cutoff
                              <option value="EX" <% if Owner_Street_Type = "EX"
then write("selected") end if %>> Extension
                              <option value="PT" <% if Owner_Street_Type = "PT"
then write("selected") end if %>> Point
                              <option value="SQ" <% if Owner_Street_Type = "SQ"
then write("selected") end if %>> Square
                              <option value="WA" <% if Owner_Street_Type = "WA"
then write("selected") end if %>> Walk
                              <option value="WY" <% if Owner_Street_Type = "WY"
then write("selected") end if %>> Way
                  </select></td>
</tr>
<tr><td> </td>
           <td><b>Line 2:</b> <input type="text" name="Owner_Address2"
value="<%=owner_address2%>" size="35">
</tr>
<tr><td> </td>
           <td><b>City:</b> <input type="text" name="ownercity" value="<%=owner_city%>"
size="20">
                  <b>State:</b> <input type="text" name="ownerstate"
value="<%=owner_state%>" size="2">
                  <b>Zip:</b> <input type="text" name="ownerzip"
value="<%=owner_zip%>" size="5"></td>
</tr>
<tr><td valign="top"><b>Notes/Comments:</b></td>
           <td><textarea name="notes" cols="50" rows="5"><%=notes%></textarea></td>
</tr>
<tr><td colspan="2"> </td></tr>
<tr><td colspan="2"><input type="hidden" name="cert" value="<%=cert%>"></td></tr>
<tr><td colspan="2"><input type="hidden" name="update" value="yes"></td></tr>
<tr><td colspan="2"><input type="hidden" name="cid" value="<%=cid%>"></td></tr>
<tr><td colspan="2" align="center"><input type="submit" name="submit" value="Save">
   <input type="submit" name="submit" value="Cancel"></td></tr>
</table>
</form>
</td>
</tr>
<tr><td colspan="2" height="25" bgcolor="#103873" align="center"
valign="center"><font size="1pt" color="#FFFFFF" face="arial"><i>Copyrights
&copy;2004.  City of Wilmington, Department of Information
Technology</i></font></td></tr>
</table>
<DIV ID="popCal" STYLE="position:absolute; width: 205; height:205; display:none">
```

CITY_054862

| | |
|---|---|
| **File Name :** | addeditcert.asp |
| **File Creation Date :** | 08/28/2006 18:51:58 |
| **File Modified Date :** | 04/04/2006 20:24:37 |
| **File Printed Date :** | No Date |
| **System Creation Date :** | 08/28/2006 18:51:58 |
| **System Modified Date :** | 08/28/2006 18:51:58 |
| **System Accessed Date :** | 01/19/2010 17:52:58 |
| **Time Bias :** | -300 |
| **Last Saved By :** | 0 |
| **Custodian :** | Le, Le |
| **Source :** | |
| **Original Path :** | U:/Home Folders/Users/Let/backup for intranet/citylni8.25.06/CityLnI/violations/addeditcert.asp |
| **Company :** | |
| **Author :** | |
| **Comment Author :** | |
| **Title :** | Licenses and Inspections v1.1 |
| **Summary :** | |
| **Category :** | |
| **Keywords :** | |
| **Version :** | 0 |
| **Hash Value :** | 168E384126A51019CFBFBABC7B1BC3D9 |

CITY_055018



```
<tr><td colspan="2"><input type="hidden" name="update" value="yes"></td></tr>
<tr><td colspan="2"><input type="hidden" name="cid" value="<%=cid%>"></td></tr>
<tr><td colspan="2" align="center"><input type="submit" name="submit" value="Save">
   <input type="submit" name="submit" value="Cancel"></td></tr>
</table>
</form>
</td>
</tr>
<tr><td colspan="2" height="25" bgcolor="#103873" align="center"
valign="center"><font size="1pt" color="#FFFFFF" face="arial"><i>Copyrights
&copy;2004.  City of Wilmington, Department of Information
Technology</i></font></td></tr>
</table>
<DIV ID="popCal" STYLE="position:absolute; width: 205; height:205; display:none">
<IFRAME ID="CalFrame" SRC="calpopd.asp?tbm=blah" WIDTH="205" HEIGHT="205"></IFRAME>
</DIV>
</body>
</html>b>Notes/Comments:</b></td>
        <td><textarea name="notes" cols="50" rows="5"><%=notes%></textarea></td>
</tr>
<tr><td colspan="2"> </td></tr>
<tr><td colspan="2"><input type="hidden" name="cert" value="<%=cert%>"></td></tr>
<tr><td colspan="2"><input type="hidden" name="update" value="yes"></td></tr>
<tr><td colspan="2"><input type="hidden" name="cid" value="<%=cid%>"></td></tr>
<tr><td colspan="2" align="center"><input type="submit" name="submit" value="Save">
   <input type="submit" name="submit" value="Cancel"></td></tr>
</table>
</form>
</td>
</tr>
<tr><td colspan="2" height="25" bgcolor="#103873" align="center"
valign="center"><font size="1pt" color="#FFFFFF" face="arial"><i>Copyrights
&copy;2004.  City of Wilmington, Department of Information
Technology</i></font></td></tr>
</table>
<DIV ID="popCa
```

CITY_055030

| | |
|---|---|
| **File Name :** | certhistory.asp |
| **File Creation Date :** | 08/28/2006 18:51:58 |
| **File Modified Date :** | 04/04/2006 20:24:53 |
| **File Printed Date :** | No Date |
| **System Creation Date :** | 08/28/2006 18:51:58 |
| **System Modified Date :** | 08/28/2006 18:51:58 |
| **System Accessed Date :** | 01/19/2010 17:52:59 |
| **Time Bias :** | -300 |
| **Last Saved By :** | 0 |
| **Custodian :** | Le, Le |
| **Source :** | |
| **Original Path :** | U:/Home Folders/Users/Let/backup for intranet/citylni8.25.06/CityLnI/violations/certhistory.asp |
| **Company :** | |
| **Author :** | |
| **Comment Author :** | |
| **Title :** | Violations |
| **Summary :** | |
| **Category :** | |
| **Keywords :** | |
| **Version :** | 0 |
| **Hash Value :** | C1E7A60FA698DF12B6AA73E985766794 |

CITY_055224



> Date Received     <% sql = "select * from Cert_History where C_ID=" & request("cid") set rs = objConn.execute(sql) if not rs.eof then while not rs.eof write("") write(rs("certno")) write("") write(rs ("receiveddate")) write("") write("Detail") write("Remove") write("")

CITY_055225

```
                    <td width="100"><a href="http://citylni/"><b>L&I Home</b></a></td>
                    <td width="100"><a href="aboutus.asp"><b>About Us</b></a></td>
                    <td width="100"><a href="contact.asp"><b>Contact Us</b></a></td>
                    <td width="275"> </td>
            </tr>
            </table>
</td></tr>
<tr height="441"><td width="125" valign="top" bgcolor="#F5D996"> <br>
            <a class="nav" href="default.asp">Violations Home</a><br>
            <a class="nav" href="search.asp">Search</a><br>
            <a class="nav" href="addeditcert.asp?cert=add&update=no&search=false">Add
Property</a><br>
            <a class="nav" href="reports.asp?search=false">Reports Manager</a><br>
            <a class="nav" href="viewcodes.asp">Violation Codes</a><br>
            <a class="nav" href="inspectors.asp">Inspectors</a><br>
            <a class="nav" href="monthly_report.asp?search=false">Monthly Report</a><br>
            </td>
            <td width="675" align="center" valign="top"><br>
            <b>Certificate Numbers History</b> |
            <% write("<a href='detailcert.asp?cid=" & request("cid") & "'>Back</a>")
%><br>
            <table width="500" border="1" cellspacing="0" cellpadding="1">
            <tr bgcolor="orange">
                    <td width="200"><b>Certificate Number</b></td>
                    <td width="200"><b>Date Received</b></td>
                    <td width="50"> </td>
                    <td width="50"> </td>
            </tr>
<%
        sql = "select * from Cert_History where C_ID=" & request("cid")

        set rs = objConn.execute(sql)

        if not rs.eof then
                while not rs.eof
                        write("<tr><td>")
                        write(rs("certno"))
                        write("</td><td>")
                        write(rs("receiveddate"))
                        write("</td>")
                        write("<td><a href='detailcerthist.asp?cid=" & rs("c_id") &
"&certid=" & rs("Cert_ID") & "'>Detail</a></td>")
                        write("<td><a href='removecerthist.asp?cid=" & rs("c_id") &
"&certid=" & rs("Cert_ID") & "'>Remove</a></td>")
                        write("</tr>")
                        rs.movenext
                wend
        else
                write("<tr><td colspan='4'><b>Nothing to display</b></td></tr>")
        end if
%>
            </table>
</td>
</tr>
<tr><td colspan="2" height="25" bgcolor="#103873" align="center"
valign="center"><font size="1pt" color="#FFFFFF" face="arial"><i>Copyrights
&copy;2004.  City of Wilmington, Department of Information
Technology</i></font></td></tr>
</table>
</body>
</html>>
                    <td width="200"><b>Date Received</b></td>
                    <td width="50"> </td>
                    <td width="50"> </td>
            </tr>
```

| | |
|---|---|
| **File Name :** | default.asp |
| **File Creation Date :** | 09/13/2004 18:29:35 |
| **File Modified Date :** | 08/16/2004 18:11:01 |
| **File Printed Date :** | No Date |
| **System Creation Date :** | 09/13/2004 18:29:35 |
| **System Modified Date :** | 09/13/2004 18:29:35 |
| **System Accessed Date :** | 01/19/2010 17:15:29 |
| **Time Bias :** | -300 |
| **Last Saved By :** | 0 |
| **Custodian :** | Le, Le |
| **Source :** | |
| **Original Path :** | U:/Home Folders/Users/Let/backup/wwwroot/CityLnI/violations/default.asp |
| **Company :** | |
| **Author :** | |
| **Comment Author :** | |
| **Title :** | Violations |
| **Summary :** | |
| **Category :** | |
| **Keywords :** | |
| **Version :** | 0 |
| **Hash Value :** | CFA3CA81B1222A47EC89816AE22D3510 |

CITY_055093



CITY_055094

```
                    <td width="100"><a href="http://citylni/"><b>L&I Home</b></a></td>
                    <td width="100"><a href="aboutus.asp"><b>About Us</b></a></td>
                    <td width="100"><a href="contact.asp"><b>Contact Us</b></a></td>
                    <td width="275"> </td>
            </tr>
            </table>
</td></tr>
<tr height="441"><td width="125" valign="top" bgcolor="#F5D996"> <br>
            <a class="nav" href="default.asp">Violations Home</a><br>
            <a class="nav" href="search.asp">Search</a><br>
            <a class="nav" href="addeditcert.asp?cert=add&update=no&search=false">Add
Property</a><br>
            <a class="nav" href="reports.asp?search=false">Reports Manager</a><br>
            <a class="nav" href="viewcodes.asp">Violation Codes</a><br>
            <a class="nav" href="inspectors.asp">Inspectors</a><br>
            </td>
            <td width="675" align="center"><br>
            <% appeal %><br>
</td>
</tr>
<tr><td colspan="2" height="25" bgcolor="#103873" align="center"
valign="center"><font size="1pt" color="#FFFFFF" face="arial"><i>Copyrights
&copy;2004.  City of Wilmington, Department of Information
Technology</i></font></td></tr>
</table>
</body>
</html>ome</b></a></td>
                    <td width="100"><a href="aboutus.asp"><b>About Us</b></a></td>
                    <td width="100"><a href="contact.asp"><b>Contact Us</b></a></td>
                    <td width="275"> </td>
            </tr>
            </table>
</td></tr>
<tr height="441"><td width="125" valign="top" bgcolor="#F5D996"> <br>
            <a class="nav" href="default.asp">Violations Home</a><br>
            <a class="nav" href="search.asp">Search</a><br>
            <a class="nav" href="addeditcert.asp?cert=add&update=no&search=false">Add
Property</a><br>
            <a class="nav" href="reports.asp?search=false">Reports Manager</a><br>
            <a class="nav" href="viewcodes.asp">Violation Codes</a><br>
            <a class="nav" href="inspectors.asp">Inspectors</a><br>
```

CITY_055096

| | |
|---|---|
| **File Name :** | default.asp |
| **File Creation Date :** | 08/28/2006 18:52:03 |
| **File Modified Date :** | 04/04/2006 20:26:44 |
| **File Printed Date :** | No Date |
| **System Creation Date :** | 08/28/2006 18:52:03 |
| **System Modified Date :** | 08/28/2006 18:52:03 |
| **System Accessed Date :** | 01/19/2010 17:52:59 |
| **Time Bias :** | -300 |
| **Last Saved By :** | 0 |
| **Custodian :** | Le, Le |
| **Source :** | |
| **Original Path :** | U:/Home Folders/Users/Let/backup for intranet/citylni8.25.06/CityLnI/violations/default.asp |
| **Company :** | |
| **Author :** | |
| **Comment Author :** | |
| **Title :** | Violations |
| **Summary :** | |
| **Category :** | |
| **Keywords :** | |
| **Version :** | 0 |
| **Hash Value :** | C8AB7BA555902C42F2ABE67407464B7A |

CITY_055229



CITY_055230

```
                    <td width="100"><a href="http://citylni/"><b>L&I Home</b></a></td>
                    <td width="100"><a href="aboutus.asp"><b>About Us</b></a></td>
                    <td width="100"><a href="contact.asp"><b>Contact Us</b></a></td>
                    <td width="275"> </td>
            </tr>
            </table>
</td></tr>
<tr height="441"><td width="125" valign="top" bgcolor="#F5D996"> <br>
        <a class="nav" href="default.asp">Violations Home</a><br>
        <a class="nav" href="search.asp">Search</a><br>
        <a class="nav" href="addeditcert.asp?cert=add&update=no&search=false">Add
Property</a><br>
        <a class="nav" href="reports.asp?search=false">Reports Manager</a><br>
        <a class="nav" href="viewcodes.asp">Violation Codes</a><br>
        <a class="nav" href="inspectors.asp">Inspectors</a><br>
        <a class="nav" href="monthly_report.asp?search=false">Monthly Report</a><br>
        </td>
        <td width="675" align="center"><br>
        <% appeal %><br>
</td>
</tr>
<tr><td colspan="2" height="25" bgcolor="#103873" align="center"
valign="center"><font size="1pt" color="#FFFFFF" face="arial"><i>Copyrights
&copy;2004.  City of Wilmington, Department of Information
Technology</i></font></td></tr>
</table>
</body>
</html>td>
                    <td width="100"><a href="contact.asp"><b>Contact Us</b></a></td>
                    <td width="275"> </td>
            </tr>
            </table>
</td></tr>
<tr height="441"><td width="125" valign="top" bgcolor="#F5D996"> <br>
        <a class="nav" href="default.asp">Violations Home</a><br>
        <a class="nav" href="search.asp">Search</a><br>
        <a class="nav" href="addeditcert.asp?cert=add&update=no&search=false">Add
Property</a><br>
        <a class="nav" href="reports.asp?search=false">Reports Manager</a><br>
        <a class="nav" href="viewcodes.asp">Violation Codes</a><br>
        <a class="nav" href="inspectors.asp">Inspectors</a><br>
```

CITY_055232

| | |
|---|---|
| **File Name :** | detailcert.asp |
| **File Creation Date :** | 09/13/2004 18:29:35 |
| **File Modified Date :** | 08/24/2004 14:58:23 |
| **File Printed Date :** | No Date |
| **System Creation Date :** | 09/13/2004 18:29:35 |
| **System Modified Date :** | 09/13/2004 18:29:35 |
| **System Accessed Date :** | 01/19/2010 17:15:29 |
| **Time Bias :** | -300 |
| **Last Saved By :** | 0 |
| **Custodian :** | Le, Le |
| **Source :** | |
| **Original Path :** | U:/Home Folders/Users/Let/backup/wwwroot/CityLnI/violations/detailcert.asp |
| **Company :** | |
| **Author :** | |
| **Comment Author :** | |
| **Title :** | Licenses and Inspections v1.1 |
| **Summary :** | |
| **Category :** | |
| **Keywords :** | |
| **Version :** | 0 |
| **Hash Value :** | 997CF1641A7175F8125894588F55DB5B |

CITY_054864



| Home | L&I Home | About Us | Contact Us |

Violations Home
Search
Add Property
Reports Manager
Violation Codes
Inspectors

| Certificate #: | |
| Date Received: | |
| Inspection Type: | |
| Date Inspected: | |
| Inspector: | |
| Agent: | |
| Address of Insp. Bldg.: | |
| Name of Occupant: | |
| Number of Occupant(s): | |
| Type Facade: | |
| Number of Stories: | |
| Type of Building: | |
| Occupancy Status: | |
| FIT: | |
| Name of Owner: | |
| Address of Owner: | , |
| Notes/Comments | |

**Violations**

| Name/ Section-Code-Days | Floor Codes/ Room Codes | Compliance/ Date Compliance | Initials/ Date Add |
| --- | --- | --- | --- |

[ Update ] [ Remove ] [ Print ] [ Ticket ]

Copyrights @2004. City of Wilmington, Department of Information Technology

name='submit' value='Add'>") write("") write("") %> </tabl

CITY_054865

```
                              wend
              else
                              write("<option value=''>Nothing")
              end if
              write("</select><span id='spanCODE' & counter & "'
style='position:absolute;cursor:hand;'><a href='javascript:CodesPopUp(" & counter &
");'><font size='-2'><i>View</i></font></a></span></td><td> </td>")

              write("<td><select name='room_code" & counter & "'>")
              write("<option value=''>Select Room Code")
              write("<option value='XT'>Exterior")
              write("<option value='XF'>Exterior Front")
              write("<option value='XL'>Exterior Left")
              write("<option value='XRT'>Exterior Right")
              write("<option value='XR'>Exterior Rear")
              write("<option value='AL'>Alley")
              write("<option value='LT'>Lot&acute;s")
              write("<option value='GR'>Garage")
              write("<option value='GI'>General Interior")
              write("<option value='PO'>Porch")
              write("<option value='SH'>Stairway/Hallway")
              write("<option value='LR'>Living Room")
              write("<option value='DR'>Dining Room")
              write("<option value='KP'>Kitchen/Pantry")
              write("<option value='BA'>Bathroom/Powder Room")
              write("<option value='FR'>Family/Misc. Room")
              write("<option value='BR1'>Bedroom 1")
              write("<option value='BR2'>Bedroom 2")
              write("<option value='BR3'>Bedroom 3")
              write("<option value='BR4'>Bedroom 4")
              write("</select></td>")
              write("<td><input type='text' name='datemodified" & counter & "'
value='' size='8'> ")
              write("<SPAN ID='spanPEED" & counter & "'
STYLE='position:absolute;cursor:hand;'>")
              write("<A HREF='javascript:DropCalendar(" & counter & ");'>")
              write("<IMG    SRC='10Min200011cal.gif' WIDTH='39'    HEIGHT='21'
ALT='Click here to select date' BORDER='0'></A>")
              write("</SPAN></td>")
              write("<td align='right'><input type='submit' name='submit'
value='Add'></td>")
              write("</tr>")
              write("<tr><td colspan='5'><input type='hidden' name='counter'
value='" & counter & "'></td></tr>")

%>
</table><p>
<input type="submit" name="submit" value="Update">
<input type="submit" name="submit" value="Remove">
<input type="submit" name="submit" value="Print">
<input type="submit" name="submit" value="Ticket">
</form>

</td>
</tr>
<tr><td colspan="2" height="25" bgcolor="#103873" align="center"
valign="center"><font size="1pt" color="#FFFFFF" face="arial"><i>Copyrights
&copy;2004.  City of Wilmington, Department of Information
Technology</i></font></td></tr>
</table>
<DIV ID="popCal" STYLE="position:absolute; width: 205; height:205; display:none">
<IFRAME ID="CalFrame" SRC="calpopd.asp?tbm=blah" WIDTH="205" HEIGHT="205"></IFRAME>
</DIV>
<DIV ID="popCODE" STYLE="position:absolute; width: 420; height:500; display:none">
<IFRAME ID="CODEFrame" SRC="codesview.asp?tbm1=blah" WIDTH="420"
```

CITY_054877

| | |
|---|---|
| **File Name :** | detailcert.asp |
| **File Creation Date :** | 08/28/2006 18:52:03 |
| **File Modified Date :** | 04/04/2006 20:26:36 |
| **File Printed Date :** | No Date |
| **System Creation Date :** | 08/28/2006 18:52:03 |
| **System Modified Date :** | 08/28/2006 18:52:03 |
| **System Accessed Date :** | 01/19/2010 17:52:59 |
| **Time Bias :** | -300 |
| **Last Saved By :** | 0 |
| **Custodian :** | Le, Le |
| **Source :** | |
| **Original Path :** | U:/Home Folders/Users/Let/backup for intranet/citylni8.25.06/CityLnI/violations/detailcert.asp |
| **Company :** | |
| **Author :** | |
| **Comment Author :** | |
| **Title :** | Licenses and Inspections v1.1 |
| **Summary :** | |
| **Category :** | |
| **Keywords :** | |
| **Version :** | 0 |
| **Hash Value :** | 4A96890F50F2E244C930F172311A7D52 |

CITY_055031



CITY_055032

```
                write("<option value='BA'>Bathroom/Powder Room")
                write("<option value='FR'>Family/Misc. Room")
                write("<option value='BR1'>Bedroom 1")
                write("<option value='BR2'>Bedroom 2")
                write("<option value='BR3'>Bedroom 3")
                write("<option value='BR4'>Bedroom 4")
                write("<option value='DK'>Deck")
                write("</select></td>")
                write("<td><input type='text' name='datemodified" & counter & "'
value='' size='8'> ")
                write("<SPAN ID='spanPEED" & counter & "'
STYLE='position:absolute;cursor:hand;'>")
                write("<A HREF='javascript:DropCalendar(" & counter & ");'>")
                write("<IMG    SRC='10Min200011cal.gif' WIDTH='39'    HEIGHT='21'
ALT='Click here to select date' BORDER='0'></A>")
                write("</SPAN></td>")
                write("<td align='right'><input type='submit' name='submit'
value='Add'></td>")
                write("</tr>")
''      end if
                write("<tr><td colspan='5'><input type='hidden' name='counter'
value='" & counter & "'>")
                write("<input type='hidden' name='user' value='" & user &
"'></td></tr>")
%>
</table><p>
<input type="submit" name="submit" value="Update">
<input type="submit" name="submit" value="Remove">
<input type="submit" name="submit" value="Print">
<input type="submit" name="submit" value="Ticket">
</form>

<tr><td colspan="2" height="25" bgcolor="#103873" align="center"
valign="center"><font size="1pt" color="#FFFFFF" face="arial"><i>Copyrights
&copy;2004.  City of Wilmington, Department of Information
Technology</i></font></td></tr>
</table>
<DIV ID="popCal" STYLE="position:absolute; width: 205; height:205; display:none">
<IFRAME ID="CalFrame" SRC="calpopd.asp?tbm=blah" WIDTH="205" HEIGHT="205"></IFRAME>
</DIV>
<DIV ID="popCODE" STYLE="position:absolute; width: 420; height:500; display:none">
<IFRAME ID="CODEFrame" SRC="codesview.asp?tbm1=blah" WIDTH="420"
HEIGHT="500"></IFRAME>
</DIV>
</body>
</html>
                write("<tr><td colspan='5'><input type='hidden' name='counter'
value='" & counter & "'>")
                write("<input type='hidden' name='user' value='" & user &
"'></td></tr>")
%>
</table><p>
<input type="submit" name="submit" value="Update">
<input type="submit" name="submit" value="Remove">
<input ty
```

CITY_055045

| | |
|---|---|
| **File Name :** | detailcerthist.asp |
| **File Creation Date :** | 08/28/2006 18:52:03 |
| **File Modified Date :** | 04/04/2006 20:26:13 |
| **File Printed Date :** | No Date |
| **System Creation Date :** | 08/28/2006 18:52:03 |
| **System Modified Date :** | 08/28/2006 18:52:03 |
| **System Accessed Date :** | 01/19/2010 17:52:59 |
| **Time Bias :** | -300 |
| **Last Saved By :** | 0 |
| **Custodian :** | Le, Le |
| **Source :** | |
| **Original Path :** | U:/Home Folders/Users/Let/backup for intranet/citylni8.25.06/CityLnI/violations/detailcerthist.asp |
| **Company :** | |
| **Author :** | |
| **Comment Author :** | |
| **Title :** | Violations |
| **Summary :** | |
| **Category :** | |
| **Keywords :** | |
| **Version :** | 0 |
| **Hash Value :** | E9FFA796D9F5FA8A04D90AA18387BFC2 |

CITY_055233



= "BR3" then write("Bedroom 3") elseif rsv("room_code") = "BR4" then write("Bedroom 4") elseif rsv("room_code") = "DK" then write("Deck") else write(" ") end if write("

CITY_055234

```
                                        write("<td>")
                                        if len(rsv("DateAdd"))>0 then

write(FormatDateTime(rsv("DateAdd"),vbshortdate))
                                        else
                                                write(" ")
                                        end if
                                        write("</td>")
                                        write("</tr>")
                                        counter = counter + 1
                                        rsv.movenext
                                wend
                        end if
                        write("</table>")
                end if
%>
<br>
</td>
</tr>
<tr><td colspan="2" height="25" bgcolor="#103873" align="center"
valign="center"><font size="1pt" color="#FFFFFF" face="arial"><i>Copyrights
&copy;2004.  City of Wilmington, Department of Information
Technology</i></font></td></tr>
</table>
</body>
</html>>= "BR3" then
                                                write("Bedroom 3")
                                elseif rsv("room_code") = "BR4" then
                                                write("Bedroom 4")
                                elseif rsv("room_code") = "DK" then
                                                write("Deck")
                                else
                                                write(" ")
                                end if
                                write("
```

CITY_055239

| | |
|---|---|
| **File Name :** | inspectors.asp |
| **File Creation Date :** | 09/13/2004 18:29:35 |
| **File Modified Date :** | 08/16/2004 18:18:25 |
| **File Printed Date :** | No Date |
| **System Creation Date :** | 09/13/2004 18:29:35 |
| **System Modified Date :** | 09/13/2004 18:29:35 |
| **System Accessed Date :** | 01/19/2010 17:15:30 |
| **Time Bias :** | -300 |
| **Last Saved By :** | 0 |
| **Custodian :** | Le, Le |
| **Source :** | |
| **Original Path :** | U:/Home Folders/Users/Let/backup/wwwroot/CityLnI/violations/inspectors.asp |
| **Company :** | |
| **Author :** | |
| **Comment Author :** | |
| **Title :** | Violations |
| **Summary :** | |
| **Category :** | |
| **Keywords :** | |
| **Version :** | 0 |
| **Hash Value :** | E3146633237E5488A6A565CFFE70EF2D |

CITY_055097



from Inspector order by i_name" set rs = objConn.execute(sql) if not rs.eof then while not rs.eof write("" & rs("i_name") & "") write("") if len(rs("initials"))>0 then write(rs("initials")) else write(" ") end if write
("") write("Remove") write("") rs.movenext wend else write("Nothing to display.") end if write("                                             ") write("              ") write("<

CITY_055098

```
                    <td width="100"><a href="http://citylni/"><b>L&I Home</b></a></td>
                    <td width="100"><a href="aboutus.asp"><b>About Us</b></a></td>
                    <td width="100"><a href="contact.asp"><b>Contact Us</b></a></td>
                    <td width="275"> </td>
            </tr>
            </table>
</td></tr>
<tr height="441"><td width="125" valign="top" bgcolor="#F5D996"> <br>
            <a class="nav" href="default.asp">Violations Home</a><br>
            <a class="nav" href="search.asp">Search</a><br>
            <a class="nav" href="addeditcert.asp?cert=add&update=no&search=false">Add
Property</a><br>
            <a class="nav" href="reports.asp?search=false">Reports Manager</a><br>
            <a class="nav" href="viewcodes.asp">Violation Codes</a><br>
            <a class="nav" href="inspectors.asp">Inspectors</a><br>
            </td>
            <td width="675" align="center" valign="top"><br>
            <b>Inspectors</b>
<form name="theform" method="post" action="addinspector.asp">
<table width="350" border="1" cellspacing="0" cellpadding="2">
<tr bgcolor="orange">
            <td width="200"><b>Name</b></td>
            <td width="100"><b>Initials</b></td>
            <td width="50"> </td>
</tr>
<%
        sql = "select * from Inspector order by i_name"

        set rs = objConn.execute(sql)

        if not rs.eof then
                while not rs.eof
                        write("<tr><td>" & rs("i_name") & "</td>")
                        write("<td>")
                        if len(rs("initials"))>0 then
                                write(rs("initials"))
                        else
                                write(" ")
                        end if
                        write("</td>")
                        write("<td><a href='removeinspector.asp?iid=" & rs("i_id") &
"'>Remove</a></td>")
                        write("</tr>")
                        rs.movenext
                wend
        else
                write("<tr><td colspan='2'>Nothing to display.</td></tr>")
        end if
        write("<tr><td><input type='text' name='i_name' value='' size='40'></td>")
        write("<td><input type='text' name='initials' value='' size='5'></td>")
        write("<td><input type='submit' name='submit' value='Add'></td></tr>")
%>
</table>
</form>
</td>
</tr>
<tr><td colspan="2" height="25" bgcolor="#103873" align="center"
valign="center"><font size="1pt" color="#FFFFFF" face="arial"><i>Copyrights
&copy;2004.  City of Wilmington, Department of Information
Technology</i></font></td></tr>
</table>
</body>
</html> from Inspector order by i_name"

        set rs = objConn.execute(sql)
```

CITY_055100

| | |
|---|---|
| **File Name :** | inspectors.asp |
| **File Creation Date :** | 08/28/2006 18:52:03 |
| **File Modified Date :** | 04/04/2006 20:25:47 |
| **File Printed Date :** | No Date |
| **System Creation Date :** | 08/28/2006 18:52:03 |
| **System Modified Date :** | 08/28/2006 18:52:03 |
| **System Accessed Date :** | 01/19/2010 17:53:00 |
| **Time Bias :** | -300 |
| **Last Saved By :** | 0 |
| **Custodian :** | Le, Le |
| **Source :** | |
| **Original Path :** | U:/Home Folders/Users/Let/backup for intranet/citylni8.25.06/CityLnI/violations/inspectors.asp |
| **Company :** | |
| **Author :** | |
| **Comment Author :** | |
| **Title :** | Violations |
| **Summary :** | |
| **Category :** | |
| **Keywords :** | |
| **Version :** | 0 |
| **Hash Value :** | BB17BD6F617D9D7B92A514EFC129C19B |



name") & "") write("") if len(rs("initials"))>0 then write(rs("initials")) else write(" ") end if write("") write("View") "write("Remove") write("") rs.movenext wend

CITY_055247

```
                    <td width="100"><a href="http://citylni/"><b>L&I Home</b></a></td>
                    <td width="100"><a href="aboutus.asp"><b>About Us</b></a></td>
                    <td width="100"><a href="contact.asp"><b>Contact Us</b></a></td>
                    <td width="275"> </td>
            </tr>
            </table>
</td></tr>
<tr height="441"><td width="125" valign="top" bgcolor="#F5D996"> <br>
            <a class="nav" href="default.asp">Violations Home</a><br>
            <a class="nav" href="search.asp">Search</a><br>
            <a class="nav" href="addeditcert.asp?cert=add&update=no&search=false">Add
Property</a><br>
            <a class="nav" href="reports.asp?search=false">Reports Manager</a><br>
            <a class="nav" href="viewcodes.asp">Violation Codes</a><br>
            <a class="nav" href="inspectors.asp">Inspectors</a><br>
            <a class="nav" href="monthly_report.asp?search=false">Monthly Report</a><br>
            </td>
            <td width="675" align="center" valign="top"><br>
            <b>Inspectors</b>
<form name="theform" method="post" action="addinspector.asp">
<table width="575" border="1" cellspacing="0" cellpadding="2">
<tr bgcolor="orange">
            <td width="200"><b>Name</b></td>
            <td width="100"><b>Initials</b></td>
            <td width="100"><b>Schedule</b></td>
            <!--<td width="50"> </td>-->
</tr>
<%
        sql = "select * from Inspector order by i_name"

        set rs = objConn.execute(sql)

        if not rs.eof then
                while not rs.eof
                        write("<tr><td>" & rs("i_name") & "</td>")
                        write("<td>")
                        if len(rs("initials"))>0 then
                                write(rs("initials"))
                        else
                                write(" ")
                        end if
                        write("</td>")
                        write("<td align='center'><a href='viewschedule.asp?iid=" &
rs("i_id") & "'>View</a></td>")
                        ''write("<td align='center'><a
href='removeinspector.asp?iid=" & rs("i_id") & "'>Remove</a></td>")
                        write("</tr>")
                        rs.movenext
                wend
        else
                write("<tr><td colspan='5'>Nothing to display.</td></tr>")
        end if
        write("<tr><td><input type='text' name='i_name' value='' size='40'></td>")
        write("<td><input type='text' name='initials' value='' size='5'></td>")
        write("<td colspan='1' align='right'><input type='submit' name='submit'
value='Add'></td></tr>")
%>
</table>
</form>
</td>
</tr>
<tr><td colspan="2" height="25" bgcolor="#103873" align="center"
valign="center"><font size="1pt" color="#FFFFFF" face="arial"><i>Copyrights
&copy;2004.  City of Wilmington, Department of Information
Technology</i></font></td></tr>
```

CITY_055249

| | |
|---|---|
| **File Name :** | logs.asp |
| **File Creation Date :** | 08/28/2006 18:52:03 |
| **File Modified Date :** | 04/04/2006 20:25:39 |
| **File Printed Date :** | No Date |
| **System Creation Date :** | 08/28/2006 18:52:03 |
| **System Modified Date :** | 08/28/2006 18:52:03 |
| **System Accessed Date :** | 01/19/2010 17:53:00 |
| **Time Bias :** | -300 |
| **Last Saved By :** | 0 |
| **Custodian :** | Le, Le |
| **Source :** | |
| **Original Path :** | U:/Home Folders/Users/Let/backup for intranet/cityIni8.25.06/CityLnI/violations/logs.asp |
| **Company :** | |
| **Author :** | |
| **Comment Author :** | |
| **Title :** | Violations |
| **Summary :** | |
| **Category :** | |
| **Keywords :** | |
| **Version :** | 0 |
| **Hash Value :** | 204CB3E8640425B818625C0E70761FEA |

CITY_055251



| | Home | L&I Home | About Us | Contact Us | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Logs for | | | | |

| DATE/TIME | ADDRESS | CT | Service Area | TYPE | REMARKS | ACTION |
|---|---|---|---|---|---|---|

Violations Home
Search
Add Property
Reports Manager
Violation Codes
Inspectors
Monthly Report

Copyrights ©2004. City of Wilmington, Department of Information Technology

) & "") write("" & rsl("censustract") & "") write("" &

```
                        if flagcolor = true then
                                write(" bgcolor='#c6fdfd'")
                        end if
                        write(">")
                        write("<td>" & rsl("thedate") & " " & rsl("fromtime") & "-"
& rsl("totime") & "</td>")
                        write("<td>" & rsl("address_no") & " " &
rsl("street_direction") & " " & rsl("street_name") & " " & rsl("street_type") &
"</td>")
                        write("<td>" & rsl("censustract") & "</td>")
                        write("<td>" & rsl("servicearea") & "</td>")
                        write("<td>")
                        if len(rsl("inspectiontype"))>0 then
                                write(rsl("inspectiontype"))
                        else
                                write(" ")
                        end if
                        write("</td><td>")
                        if len(rsl("remarks"))>0 then
                                write(rsl("remarks"))
                        else
                                write(" ")
                        end if
                        write("</td><td>")
                        if len(rsl("actions"))>0 then
                                write(rsl("actions"))
                        else
                                write(" ")
                        end if
                        write("</td>")
                        write("</tr>")
                        if flagcolor = true then
                                flagcolor = false
                        else
                                flagcolor = true
                        end if
                        rsl.movenext
                wend
        else
                write("<tr><td colspan='7'><b>Nothing to display</b></td></tr>")
        end if
%>
</table>
</td>
</tr>
<tr><td colspan="2" height="25" bgcolor="#103873" align="center"
valign="center"><font size="1pt" color="#FFFFFF" face="arial"><i>Copyrights
&copy;2004.  City of Wilmington, Department of Information
Technology</i></font></td></tr>
</table>
</body>
</html>) & "</td>")
                        write("<td>" & rsl("censustract") & "</td>")
                        write("<td>" &
```

CITY_055255

| | |
|---|---|
| **File Name :** | monthly_report.asp |
| **File Creation Date :** | 08/28/2006 18:52:03 |
| **File Modified Date :** | 04/04/2006 20:54:12 |
| **File Printed Date :** | No Date |
| **System Creation Date :** | 08/28/2006 18:52:03 |
| **System Modified Date :** | 08/28/2006 18:52:03 |
| **System Accessed Date :** | 01/19/2010 17:53:00 |
| **Time Bias :** | -300 |
| **Last Saved By :** | 0 |
| **Custodian :** | Le, Le |
| **Source :** | |
| **Original Path :** | U:/Home Folders/Users/Let/backup for intranet/citylni8.25.06/CityLnI/violations/monthly_report.asp |
| **Company :** | |
| **Author :** | |
| **Comment Author :** | |
| **Title :** | Violations |
| **Summary :** | |
| **Category :** | |
| **Keywords :** | |
| **Version :** | 0 |
| **Hash Value :** | CD113A70C4B9DDF940846A2CD85DB437 |

CITY_055256



```
<option value=''>--Select--
<%
        sqlu = "select * from Inspector order by i_name"

        set rsu = objConn.execute(sqlu)

        if not rsu.eof then
                while not rsu.eof
                        write("<option value='" & rsu("i_id") & "'")
                        if inspectorid=rsu("i_id") then
                                write(" selected")
                        end if
                        write(">" & rsu("i_name"))
                        rsu.movenext
                wend
        end if
%>
</select>
</td></tr>
<tr>
        <td><b>Date Inspect: </b></td>
        <td>From: <input type="text" name="Date_Inspect_From" value="" size="8">
             To: <input type="text" name="Date_Inspect_To" value="" size="8">
        </td>
</tr>
<tr><td><b>Service Area:</b></td>
        <td><select name="ServiceArea">
        <option value="">--Select--
        <option value="WC">WC
        <option value="SB">SB
        <option value="NE">NE
        <option value="HT">HT
        <option value="ES">ES
        <option value="WS">WS
        <option value="BT">BT
        <option value="BB">BB
</td></tr>
<tr><td colspan="2"><input type="hidden" name="search" value="true"></td></tr>
<tr><td colspan="2" align="center"><input type="submit" name="submit"
value="Generate Report"></td></tr>
<%
        end if
%>
</table>
</td>
</tr>
<tr><td colspan="2" height="25" bgcolor="#103873" align="center"
valign="center"><font size="1pt" color="#FFFFFF" face="arial"><i>Copyrights
&copy;2004.  City of Wilmington, Department of Information
Technology</i></font></td></tr>
</table>
</body>
</html>
        end if
%>
</select>
</td></tr>
<tr>
        <td><b>Date Inspect: </b></td>
        <td>From: <input type="text" name="Date_Inspect_From" value="" size="8">
             To: <input type="text" name="Date_Inspect_To" value="" size="8">
        </td>
</tr>
<tr><td><b>Service Area:</b></td>
        <td><select name="ServiceArea">
```

CITY_055261

| | |
|---|---|
| **File Name :** | reports.asp |
| **File Creation Date :** | 09/13/2004 18:29:35 |
| **File Modified Date :** | 08/17/2004 15:53:04 |
| **File Printed Date :** | No Date |
| **System Creation Date :** | 09/13/2004 18:29:35 |
| **System Modified Date :** | 09/13/2004 18:29:35 |
| **System Accessed Date :** | 01/19/2010 17:15:30 |
| **Time Bias :** | -300 |
| **Last Saved By :** | 0 |
| **Custodian :** | Le, Le |
| **Source :** | |
| **Original Path :** | U:/Home Folders/Users/Let/backup/wwwroot/CityLnI/violations/reports.asp |
| **Company :** | |
| **Author :** | |
| **Comment Author :** | |
| **Title :** | Violations |
| **Summary :** | |
| **Category :** | |
| **Keywords :** | |
| **Version :** | 0 |
| **Hash Value :** | 342DFB57F5C662DEDF0D1B9EA78AB4C7 |

CITY_054885

| Home | L&I Home | About Us | Contact Us |
|---|---|---|---|

Violations Home
Search
**Add Property**
Reports Manager
Violation Codes
Inspectors

### Create Your Report

**Display Fields**

- [ ] Inspection Type
- [ ] Date Inspect
- [ ] Inspector
- [ ] Agent
- [ ] Violation Premises
- [ ] Occupant Name
- [ ] No. of Occupant
- [ ] Type Facades
- [ ] No. of Stories
- [ ] Type Building
- [ ] Occupancy Status
- [ ] FIT
- [ ] Owner Name
- [ ] Owner Address
- [ ] Notes
- [ ] Floor Code
- [ ] Room Code
- [ ] Violation Code
- [ ] Violation Description
- [ ] Section No.
- [ ] Compliance Days

**Report Criteria**

| | |
|---|---|
| **Inspection Type:** | Select |
| **Inspector:** | --Select-- |
| **Date Inspect:** | From: ____ To: ____ |
| **Type Facade:** | Select |
| **Type Building:** | Select |
| **No. of Stories:** | Select |
| **FIT:** | Select |
| **Occupant Name:** | ____ |
| **Occupancy Status:** | Select |
| **Owner Name:** | ____ |
| **Violation Premises:** | ____ -Select- ____ -Select- |

**Generate Report**

Copyrights ©2004. City of Wilmington, Department of Information Technology

Q" then write(" Square") elseif rs("Owner_Street_Type")="WA" then write(" Walk") elseif rs("Owner_Street_Type")="WY" then write(" Way") end if if len (rs("Owner_Address2"))>0 then write("
" & rs("Owner_Address2")) end if write("
" & rs("Owner_City") & ", " & rs("Owner_State_Zip")) else write(rs(displayArr(k))) end if else write(" ") end if end if write("") first = true next write("") end if oldid = newid rs.movenext wend else write("**Nothing to display**") end if %> <td colspa

CITY_054886

```
                                                                   write("<br>"
& rs("Owner_Address2"))
                                                         end if
                                                         write("<br>" &
rs("Owner_City") & ", " & rs("Owner_State_Zip"))
                                                 else

write(rs(displayArr(k)))
                                                 end if
                                 else
                                 write(" ")
                                         end if
                         end if
                         write("</td>")
                         first = true
                 next
                 write("</tr>")
         end if
         oldid = newid
         rs.movenext
         wend
    else
         write("<tr><td colspan=" & i-1 & "><b>Nothing to
display</b></td></tr>")
         end if
%>
</table>
<%    end sub %>
</td>
</tr>
<tr><td colspan="2" height="25" bgcolor="#103873" align="center"
valign="center"><font size="1pt" color="#FFFFFF" face="arial"><i>Copyrights
&copy;2004.  City of Wilmington, Department of Information
Technology</i></font></td></tr>
</table>
</body>
</html>Q" then
                                                                   write("
Square")
                                                 elseif
rs("Owner_Street_Type")="WA" then
                                                                   write("
Walk")
                                                 elseif
rs("Owner_Street_Type")="WY" then
                                                                   write("
Way")
                                                 end if
                                                 if
len(rs("Owner_Address2"))>0 then
                                                                   write("<br>"
& rs("Owner_Address2"))
                                                         end if
                                                         write("<br>" &
rs("Owner_City") & ", " & rs("Owner_State_Zip"))
                                                 else

write(rs(displayArr(k)))
                                                 end if
                                 else
                                 write(" ")
                                         end if
                         end if
                         write("</td>")
                         first = true
```

CITY_054897

| | |
|---|---|
| **File Name :** | reports.asp |
| **File Creation Date :** | 08/28/2006 18:52:05 |
| **File Modified Date :** | 04/04/2006 20:28:46 |
| **File Printed Date :** | No Date |
| **System Creation Date :** | 08/28/2006 18:52:05 |
| **System Modified Date :** | 08/28/2006 18:52:05 |
| **System Accessed Date :** | 01/19/2010 17:53:00 |
| **Time Bias :** | -300 |
| **Last Saved By :** | 0 |
| **Custodian :** | Le, Le |
| **Source :** | |
| **Original Path :** | U:/Home Folders/Users/Let/backup for intranet/citylni8.25.06/CityLnI/violations/reports.asp |
| **Company :** | |
| **Author :** | |
| **Comment Author :** | |
| **Title :** | Violations |
| **Summary :** | |
| **Category :** | |
| **Keywords :** | |
| **Version :** | 0 |
| **Hash Value :** | AA97C994009E3C7BB72327857FF0FD20 |

CITY_055053



```
                                                                end if
                                                                write("<br>" &
rs("Owner_City") & ", " & rs("Owner_State_Zip"))
                                                       else

write(rs(displayArr(k)))

                                              end if
                                       else
                                              write(" ")
                                       end if
                              end if
                       end if
                       write("</td>")
                       first = true
                next
                write("</tr>")
        end if
        oldid = newid
        rs.movenext
    wend
else
        write("<tr><td colspan=" & i-1 & "><b>Nothing to
display</b></td></tr>")
        end if
%>
</table>
<%   end sub %>
</td>
</tr>
<tr><td colspan="2" height="25" bgcolor="#103873" align="center"
valign="center"><font size="1pt" color="#FFFFFF" face="arial"><i>Copyrights
&copy;2004.  City of Wilmington, Department of Information
Technology</i></font></td></tr>
</table>
<DIV ID="popCODE" STYLE="position:absolute; width: 420; height:500; display:none">
<IFRAME ID="CODEFrame" SRC="codesview.asp?tbm1=blah" WIDTH="420"
HEIGHT="500"></IFRAME>
</DIV>
</body>
</html>")
                                                                end if
                                                                if

len(rs("Owner_Address2"))>0 then
                                                                        write("<br>"
& rs("Owner_Address2"))
                                                                end if
                                                                write("<br>" &
rs("Owner_City") & ", " & rs("Owner_State_Zip"))
                                                       else

write(rs(displayArr(k)))

                                              end if
                                       else
                                              write(" ")
                                       end if
                              end if
                              write("</td>")
                              first = true
                next
                write("</tr>")
        end if
        oldid = newid
        rs.movenext
    wend
else
        write("<tr><td colspan=" & i-1 & "><b>Nothing to
```

CITY_055067

```
display</b></td></tr>")
          end if
%>
</table>
<%       end sub %>
</td>
</tr>
<tr><td colspan="2" height="25" bgcolor="#103873" align="center"
valign="center"><font size="1pt" color="#FFFFFF" face="arial"><i>Copyrights
&copy;2004.  City of Wilmington, Department of Information
Technology</i></font></td></tr>
</table>
<DIV ID="popCODE" STYLE="position:absolute; width: 420; height:500; display:none">
```

CITY_055068

| | |
|---|---|
| **File Name :** | schedule.asp |
| **File Creation Date :** | 08/28/2006 18:52:05 |
| **File Modified Date :** | 04/04/2006 20:28:30 |
| **File Printed Date :** | No Date |
| **System Creation Date :** | 08/28/2006 18:52:05 |
| **System Modified Date :** | 08/28/2006 18:52:05 |
| **System Accessed Date :** | 01/19/2010 17:53:00 |
| **Time Bias :** | -300 |
| **Last Saved By :** | 0 |
| **Custodian :** | Le, Le |
| **Source :** | |
| **Original Path :** | U:/Home Folders/Users/Let/backup for intranet/citylni8.25.06/CityLnI/violations/schedule.asp |
| **Company :** | |
| **Author :** | |
| **Comment Author :** | |
| **Title :** | Licenses and Inspections v1.1 |
| **Summary :** | |
| **Category :** | |
| **Keywords :** | |
| **Version :** | 0 |
| **Hash Value :** | E9604595E73E3ADFFE8C9680C40429F1 |

CITY_055069



CITY_055070

```
Home</b></a></td>
                <td width="100"><a href="aboutus.asp"><b>About Us</b></a></td>
                <td width="100"><a href="contact.asp"><b>Contact Us</b></a></td>
                <td width="275"> </td>
        </tr>
        </table>
</td></tr>
<tr height="441"><td width="125" valign="top" bgcolor="#F5D996"> <br>
        <a class="nav" href="violations/default.asp">Violations</a><br>
        </td>
        <td width="675" align="center">
</td>
</tr>
<tr><td colspan="2" height="25" bgcolor="#103873" align="center"
valign="center"><font size="1pt" color="#FFFFFF" face="arial"><i>Copyrights
&copy;2004.  City of Wilmington, Department of Information
Technology</i></font></td></tr>
</table>
</body>
</html>"109"><img src="images/LnItitle.jpg" border="0"><
```

CITY_055086

| | |
|---|---|
| **File Name :** | search.asp |
| **File Creation Date :** | 09/13/2004 18:29:35 |
| **File Modified Date :** | 08/16/2004 18:11:55 |
| **File Printed Date :** | No Date |
| **System Creation Date :** | 09/13/2004 18:29:35 |
| **System Modified Date :** | 09/13/2004 18:29:35 |
| **System Accessed Date :** | 01/19/2010 17:15:30 |
| **Time Bias :** | -300 |
| **Last Saved By :** | 0 |
| **Custodian :** | Le, Le |
| **Source :** | |
| **Original Path :** | U:/Home Folders/Users/Let/backup/wwwroot/CityLnI/violations/search.asp |
| **Company :** | |
| **Author :** | |
| **Comment Author :** | |
| **Title :** | Violations |
| **Summary :** | |
| **Category :** | |
| **Keywords :** | |
| **Version :** | 0 |
| **Hash Value :** | 88415F82C525A9CD86F6BCBD9907855C |

CITY_055121



Address2")) end if write(" " & rs("zip") & "") if len(rs("date_inspect"))>0 then write(rs("date_inspect")) else write(" ") end if write("

CITY_055122

```
          end if
%>
          </table>
<% end if %>
</td>
</tr>
<tr><td colspan="2" height="25" bgcolor="#103873" align="center"
valign="center"><font size="1pt" color="#FFFFFF" face="arial"><i>Copyrights
&copy;2004.  City of Wilmington, Department of Information
Technology</i></font></td></tr>
</table>
</body>
</html>Address2"))
                        end if
                        write(" " & rs("zip") & "</td><td>")
                        if len(rs("date_inspect"))>0 then
                                write(rs("date_inspect"))
                        else
                                write(" ")
                        end if
                        write("
```

CITY_055128

| | |
|---|---|
| **File Name :** | search.asp |
| **File Creation Date :** | 08/28/2006 18:52:05 |
| **File Modified Date :** | 04/04/2006 20:28:05 |
| **File Printed Date :** | No Date |
| **System Creation Date :** | 08/28/2006 18:52:05 |
| **System Modified Date :** | 08/28/2006 18:52:05 |
| **System Accessed Date :** | 01/19/2010 17:53:00 |
| **Time Bias :** | -300 |
| **Last Saved By :** | 0 |
| **Custodian :** | Le, Le |
| **Source :** | |
| **Original Path :** | U:/Home Folders/Users/Let/backup for intranet/citylni8.25.06/CityLnI/violations/search.asp |
| **Company :** | |
| **Author :** | |
| **Comment Author :** | |
| **Title :** | Violations |
| **Summary :** | |
| **Category :** | |
| **Keywords :** | |
| **Version :** | 0 |
| **Hash Value :** | 8E96E017EE84093AF0750A19715A6E98 |

CITY_055285



rs("c_id") & "&searchtype=" & searchtype & "&search=false'>Detail") write("Edit") write("Remove") write("") "if isAdmin=TRUE then write("<a href='schedule.asp?cid=" & r>

CITY_055286

```
                        if len(rs("date_inspect"))>0 then
                                write(rs("date_inspect"))
                        else
                                write(" ")
                        end if
                        write("</td>")
                        write("<td><a href='detailcert.asp?cid=" & rs("c_id") &
"&searchtype=" & searchtype & "&search=false'>Detail</a></td>")
                        write("<td><a href='addeditcert.asp?cid=" & rs("c_id") &
"&update=no&cert=edit&searchtype=" & searchtype & "&search=false'>Edit</a></td>")
                        ''write("<td><a href='removecert.asp?cid=" & rs("c_id") &
"&update=no&searchtype=" & searchtype & "&search=false'>Remove</a></td>")
                        write("<td>")
                        ''if isAdmin=TRUE then
                                write("<a href='schedule.asp?cid=" & rs("c_id") &
"&update=no&searchtype=" & searchtype & "&search=false'>Schedule</a>")
                        ''else
                        ''      write(" ")
                        ''end if
                        write("</td>")
                        write("</tr>")
                        rs.movenext
                wend
        else
                write("<tr><td colspan='6'><b>Nothing to display</b></td></tr>")
        end if
%>
        </table>
<% end if %>
</td>
</tr>
<tr><td colspan="2" height="25" bgcolor="#103873" align="center"
valign="center"><font size="1pt" color="#FFFFFF" face="arial"><i>Copyrights
&copy;2004.  City of Wilmington, Department of Information
Technology</i></font></td></tr>
</table>
</body>
</html> rs("c_id") & "&searchtype=" & searchtype & "&search=false'>Detail</a></td>")
                        write("<td><a href='addeditcert.asp?cid=" & rs("c_id") &
"&update=no&cert=edit&searchtype=" & searchtype & "&search=false'>Edit</a></td>")
                        ''write("<td><a href='removecert.asp?cid=" & rs("c_id") &
"&update=no&searchtype=" & searchtype & "&search=false'>Remove</a></td>")
                        write("<td>")
                        ''if isAdmin=TRUE then
                                write("<a href='schedule.asp?cid=" & r
```

| | |
|---|---|
| **File Name :** | viewcodes.asp |
| **File Creation Date :** | 09/13/2004 18:29:35 |
| **File Modified Date :** | 08/16/2004 18:14:01 |
| **File Printed Date :** | No Date |
| **System Creation Date :** | 09/13/2004 18:29:35 |
| **System Modified Date :** | 09/13/2004 18:29:35 |
| **System Accessed Date :** | 01/19/2010 17:15:31 |
| **Time Bias :** | -300 |
| **Last Saved By :** | 0 |
| **Custodian :** | Le, Le |
| **Source :** | |
| **Original Path :** | U:/Home Folders/Users/Let/backup/wwwroot/CityLnI/violations/viewcodes.asp |
| **Company :** | |
| **Author :** | |
| **Comment Author :** | |
| **Title :** | Violations |
| **Summary :** | |
| **Category :** | |
| **Keywords :** | |
| **Version :** | 0 |
| **Hash Value :** | 991ED8B81C3BF7BCC465885A85A12B2B |

CITY_055137



CITY_055138

```
                write("<td><input type='submit' name='submit' value='Add'></td></tr>")
%>
</table>
</form>
</td>
</tr>
<tr><td colspan="2" height="25" bgcolor="#103873" align="center"
valign="center"><font size="1pt" color="#FFFFFF" face="arial"><i>Copyrights
&copy;2004.  City of Wilmington, Department of Information
Technology</i></font></td></tr>
</table>
</body>
</html>V_Name") & "</td>")
                        write("<td>" & rs("v_section") & "</td>")
                        write("<td>" & rs("v_days") & "</td>")
                        write("<td>" & rs("v_codes") & "</td>")
                        write("<td><a href='removecode.asp?vcid=" & rs("vc_id") &
"'>Remove</a></td>")
                        write("</tr>")
                        rs.movenext
                wend
        else
                write("<tr><td colspan='5'>Nothing to display.</td></tr>")
        end if
        write("<tr><td><input type='text' name='v_name' value='' size='60'></td>")
        write("<td><input type='text' name='v_section' value='' size='6'></td>")
        write("<td><input type='text' name='v_days' value='' size='2'></td>")
        write("<td><input type='text' name='v_codes' value='' size='4'></td>")
        write("<td><input type='submit' name='submit' value='Add'></td></tr>")
%>
</table>
</form>
</td>
</tr>
<tr><td colspan="2" height="25" bgcolor="#103873" align="center"
valign="center"><font size="1pt" color="#FFFFFF" face="arial"><i>Copyrights
&copy;2004.  City of Wilmington, Department of Information
Technology</i></font></td></tr>
</table>
</body>
```

CITY_055141

| | |
|---|---|
| **File Name :** | viewcodes.asp |
| **File Creation Date :** | 08/28/2006 18:52:05 |
| **File Modified Date :** | 04/04/2006 20:27:34 |
| **File Printed Date :** | No Date |
| **System Creation Date :** | 08/28/2006 18:52:05 |
| **System Modified Date :** | 08/28/2006 18:52:05 |
| **System Accessed Date :** | 01/19/2010 17:53:01 |
| **Time Bias :** | -300 |
| **Last Saved By :** | 0 |
| **Custodian :** | Le, Le |
| **Source :** | |
| **Original Path :** | U:/Home Folders/Users/Let/backup for intranet/cityIni8.25.06/CityLnI/violations/viewcodes.asp |
| **Company :** | |
| **Author :** | |
| **Comment Author :** | |
| **Title :** | Violations |
| **Summary :** | |
| **Category :** | |
| **Keywords :** | |
| **Version :** | 0 |
| **Hash Value :** | D15A786F5739B9F4172B265F7816C3DC |

CITY_055307



CITY_055308

```
             write("<td><input type='text' name='v_codes' value='' size='4'></td>")
             write("<td><input type='submit' name='submit' value='Add'></td></tr>")
%>
</table>
</form>
</td>
</tr>
<tr><td colspan="2" height="25" bgcolor="#103873" align="center"
valign="center"><font size="1pt" color="#FFFFFF" face="arial"><i>Copyrights
&copy;2004.  City of Wilmington, Department of Information
Technology</i></font></td></tr>
</table>
</body>
</html>V_Name") & "</td>")
                   write("<td>" & rs("v_section") & "</td>")
                   write("<td>" & rs("v_days") & "</td>")
                   write("<td>" & rs("v_codes") & "</td>")
                   write("<td><a href='removecode.asp?vcid=" & rs("vc_id") &
"'>Remove</a></td>")
                   write("</tr>")
                   rs.movenext
             wend
       else
             write("<tr><td colspan='5'>Nothing to display.</td></tr>")
       end if
       write("<tr><td><input type='text' name='v_name' value='' size='60'></td>")
       write("<td><input type='text' name='v_section' value='' size='6'></td>")
       write("<td><input type='text' name='v_days' value='' size='2'></td>")
       write("<td><input type='text' name='v_codes' value='' size='4'></td>")
       write("<td><input type='submit' name='submit' value='Add'></td></tr>")
%>
</table>
</form>
</td>
</tr>
<tr><td colspan="2" height="25" bgcolor="#103873" align="center"
valign="center"><font size="1pt" color="#FFFFFF" face="arial"><i>Copyrights
&copy;2004.  City of Wilmington,
```

CITY_055311

| | |
|---|---|
| **File Name :** | viewschedule.asp |
| **File Creation Date :** | 08/28/2006 18:52:05 |
| **File Modified Date :** | 04/04/2006 20:27:26 |
| **File Printed Date :** | No Date |
| **System Creation Date :** | 08/28/2006 18:52:05 |
| **System Modified Date :** | 08/28/2006 18:52:05 |
| **System Accessed Date :** | 01/19/2010 17:53:01 |
| **Time Bias :** | -300 |
| **Last Saved By :** | 0 |
| **Custodian :** | Le, Le |
| **Source :** | |
| **Original Path :** | U:/Home Folders/Users/Let/backup for intranet/citylni8.25.06/CityLnI/violations/viewschedule.asp |
| **Company :** | |
| **Author :** | |
| **Comment Author :** | |
| **Title :** | Violations |
| **Summary :** | |
| **Category :** | |
| **Keywords :** | |
| **Version :** | 0 |
| **Hash Value :** | 7B46B08D8B4EFDF2F0FA32F9B09CF2DD |

CITY_055312



Response.Write "" & vbCrLf Response.Write " " & vbCrLf Else Exit For End if End if Next if i Mod 7 <> 0 Then Do While i Mod 7 > 0 WriteInActiveCalDay " " i = i+1 Loop Response.Write " " & vbCrLf Response.Write "" & vbCrLf End if End Sub Sub WriteInActiveCalDay(byval sLabel) Response.Write "" & sLabel & "" & vbCrLf End Sub Sub WriteActiveCalDay(byval sLabel) Response.Write "<TD WIDTH=""75"" ALIGN=""CENTER"" VA

```
%>
</td>
</tr>
<tr><td colspan="2" height="25" bgcolor="#103873" align="center"
valign="center"><font size="1pt" color="#FFFFFF" face="arial"><i>Copyrights
&copy;2004.  City of Wilmington, Department of Information
Technology</i></font></td></tr>
</table>
</body>
</html>
                  Response.Write "<TR>" & vbCrLf

                            Response.Write "<TD WIDTH='75'> </TD>" & vbCrLf
                      Else

                      Exit For
                  End if
              End if
        Next

        if i Mod 7 <> 0 Then
              Do While i Mod 7 > 0
                    WriteInActiveCalDay " "
                    i = i+1
              Loop

              Response.Write "<TD> </TD>" & vbCrLf

              Response.Write "</TR>" & vbCrLf
        End if
End Sub

Sub WriteInActiveCalDay(byval sLabel)
        Response.Write  "<TD WIDTH=""75"" ALIGN=""CENTER"" VALIGN=""TOP"">" & sLabel
& "</TD>" & vbCrLf
End Sub

Sub WriteActiveCalDay(byval sLabel)
        Response.Write  "<TD WIDTH=""75"" ALIGN=""CENTER"" VA
```

CITY_055318

| | |
|---|---|
| **File Name :** | detailschedule.asp |
| **File Creation Date :** | 08/28/2006 18:52:03 |
| **File Modified Date :** | 04/04/2006 20:26:02 |
| **File Printed Date :** | No Date |
| **System Creation Date :** | 08/28/2006 18:52:03 |
| **System Modified Date :** | 08/28/2006 18:52:03 |
| **System Accessed Date :** | 01/19/2010 17:52:59 |
| **Time Bias :** | -300 |
| **Last Saved By :** | 0 |
| **Custodian :** | Le, Le |
| **Source :** | |
| **Original Path :** | U:/Home Folders/Users/Let/backup for intranet/citylni8.25.06/CityLnI/violations/detailschedule.asp |
| **Company :** | |
| **Author :** | |
| **Comment Author :** | |
| **Title :** | Violations |
| **Summary :** | |
| **Category :** | |
| **Keywords :** | |
| **Version :** | 0 |
| **Hash Value :** | FB3CB5792294D9680733BF7BD4CBF0B6 |

CITY_055240



td>") "if len(rsl("remarks"))>0 then write(rsl("remarks")) "else " write(" ") "end if write("") if len(rsl("actions"))>0 then write(rsl("actions")) else write(" ") end if write("") write("Remove") write("Edit")) write("") if flagcolor = true then flagcolor = false else flagcolor = true end if rsl.movenext wend else write("**Nothing to display**") end if %>

CITY_055241

```
                while not rsl.eof
                        write("<tr>")
                        if flagcolor = true then
                                write(" bgcolor='#c6fdfd'")
                        end if
                        write(">")
                        write("<td>" & rsl("thedate") & " " & rsl("fromtime") & "-"
& rsl("totime") & "</td>")
                        write("<td><a href='detailcert.asp?cid=" & rsl("c_id") &
"'>" & rsl("address_no") & " " & rsl("street_direction") & " " & rsl("street_name")
& " " & rsl("street_type") & "</a></td>")
                        write("<td>" & rsl("censustract") & "</td>")
                        write("<td>" & rsl("servicearea") & "</td>")
                        write("<td>")
                        if len(rsl("inspectiontype"))>0 then
                                write(rsl("inspectiontype"))
                        else
                                write(" ")
                        end if
                        write("</td><td>")
                        ''if len(rsl("remarks"))>0 then
                                write(rsl("remarks"))
                        ''else
                        ''        write(" ")
                        ''end if
                        write("</td><td>")
                        if len(rsl("actions"))>0 then
                                write(rsl("actions"))
                        else
                                write(" ")
                        end if
                        write("</td>")
                        write("<td align='center'><a href='removeschedule.asp?iid="
& iid & "&thedate=" & thedate & "&dlid=" & rsl("DL_ID") & "'>Remove</a></td>")
                        write("<td align='center'><a href='schedule.asp?dlid=" &
rsl("DL_ID") & "&updatetype=edit'>Edit</a></td>")
                        write("</tr>")
                        if flagcolor = true then
                                flagcolor = false
                        else
                                flagcolor = true
                        end if
                        rsl.movenext
                wend
        else
                write("<tr><td colspan='7'><b>Nothing to display</b></td></tr>")
        end if
%>
</table>
</td>
</tr>
<tr><td colspan="2" height="25" bgcolor="#103873" align="center"
valign="center"><font size="1pt" color="#FFFFFF" face="arial"><i>Copyrights
&copy;2004.  City of Wilmington, Department of Information
Technology</i></font></td></tr>
</table>
</body>
</html>td>")
                        ''if len(rsl("remarks"))>0 then
                                write(rsl("remarks"))
                        ''else
                        ''        write(" ")
                        ''end if
                        write("</td><td>")
                        if len(rsl("actions"))>0 then
```

CITY_055244

# EXHIBIT   X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LE T. LE,                                        )
                                                 )
                        Plaintiff,               )
                                                 )
            v.                                   )        C.A. No. 08-615 LPS
                                                 )
CITY OF WILMINGTON, JOSEPH F.                    )
CAPODANNO, JR., and JAMES J.                     )
O'DONNELL,                                       )
                                                 )
                        Defendants.              )

## DEFENDANTS' SECOND REVISED RESPONSE TO PLAINTIFF'S
## FIRST SET OF INTERROGATORIES DIRECTED TO ALL DEFENDANTS

Defendants City of Wilmington, Joseph F. Capodanno, Jr. and James J. O'Donnell (collectively "Defendants") hereby respond and object to Plaintiff's First Set of Interrogatories Directed to All Defendants, in accordance with the numbered paragraphs set forth below. These responses and objections reflect Defendants' current knowledge and the results of their investigation to date. Defendants reserve the right to amend or supplement these responses and objections in the future in accordance with the Rules of Civil Procedure as may be necessary or appropriate.

In furnishing these responses, Defendants do not admit or concede the relevance, materiality, or admissibility in evidence of the information provided. All objections to the use of such information, at trial or otherwise, are expressly reserved.

2332108/5

Monica Gonzalez-Gillespie and Brenda James-Roberts convinced Plaintiff to put the software back onto the City's computer network after he removed it. They did so because it was not his software to take, and removing it could disrupt City operations. Documents concerning the decision to convince Plaintiff to put the software back onto the City's computer network include those located at 975-978; 985-986; and 1007. It is believed that Mr. Capodano, Mr. O'Donnell and Plaintiff were also present when Ms. Gonzalez-Gillespie and Ms. James-Roberts convinced Plaintiff to put the software back onto the City's network.

9.    State the basis, authority and reasons for the Defendants' decision to suspend, and then terminate Plaintiff from city employment in or about June through August 2007 and identify all of the individuals who participated in those decisions and all documents which refer to those decisions.

**RESPONSE:** The decision to suspend and terminate Plaintiff was made by Ms. Gonzalez-Gillespie. Her authority to do so comes from her position as Director of Personnel. She suspended Plaintiff because he took property that belonged to the City off the City's computer network. He was ultimately terminated because it was an egregious act of misconduct to remove software from the City's network. Documents concerning his suspension and termination include those located at 50-51; 87; 396-401; 402; 426; 437; 438-439; 987-989; 995-996; 1005; and 1007. The decision to terminate Plaintiff was made by Ms. Gonzalez-Gillespie, with input from Mr. Capodanno and Mr. O'Donnell.

10.    State how and when (date and time) any agent or employee of the City (including any independent or outside contractor working for the City) first became aware Plaintiff had filed for copyright of Plaintiff's program, and identify such agents, employees and contractors.

9

**RESPONSE:** No one in the at the City of Wilmington knew of Plaintiff's claim to a copyright until after he removed the disputed software, mischaracterized in this interrogatory as "Plaintiff's program," from the system. City employees learned for the first time that Plaintiff claimed to have filed for a copyright at that time. Jeff Starkey remembers seeing a notation suggesting Plaintiff may have filed for a copyright at the bottom of one of the printouts from the original Instant Ticketing software. Mr. Starkey is unsure exactly when he saw this notation but believes it was in 2007, before Plaintiff removed the software from the City's network. Mr. Starkey did not speak to anyone about it.

11.     Identify any agent or employee of the City (including any independent or outside contractor working for the City) who ever communicated with Plaintiff or any other person regarding permission to use, produce or make copies of, all or any part of the Plaintiff's program.

**RESPONSE:** Objection on grounds the Interrogatory characterizes the program at issue in the litigation as "Plaintiff's program." Such is a point of contention in this litigation. This Interrogatory is answered without conceding Plaintiff had or has an ownership interest in the software at issue in this case. Monica Gonzalez-Gillespie, Brenda James-Roberts, Joe Capodanno and Jim O'Donnell communicated with Plaintiff after he removed the software and asked him to reinstall it. Starkey, O'Donnell, Capodanno and Sue Oliver are not aware of any communication with Plaintiff regarding permission to use, produce of make copies of, all or any part of the program. The former IT Director, Tyrone Smith, no longer works for the City.

12.     Describe the Defendants' program in complete detail, including the title, author, formulation, creation and function, and including how and when Defendant or any person or other entity acting for or on behalf of Defendant first procured, formulated or created Defendant's program or the idea for the Defendant's program.

2332108/5

# EXHIBIT   Y

CONNOLLY Bɭ ⁄E LODGE & HUTZ LLP

ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Paul E. Crawford
Partner

TEL (302) 888-6262
FAX (302) 658-5614
EMAIL pcrawford@cblh.com
REPLY TO Wilmington Office

7 August 2007

**VIA HAND DELIVERY**
John Sheridan, City Solicitor
City of Wilmington
800 French Street
Wilmington, DE 19801

Re:   **Copyright Infringement**

Dear John,

This firm represents Mr. Le T. Le.  Mr. Le recently obtained registration of his copyright on a software program which we understand is being used by the City of Wilmington for its Instant Ticketing Program.  This Certificate of Registration (No. TXu1-359-357) is attached.[1]

We are advised that Mr. Le's copyrighted program (hereafter the "Work") is being used by the City with full knowledge of Mr. Le's authorship of this copyrighted work and without his permission.  Such willful activity by the City entitles Mr. Le to recover statutory damages of up to $150,000 for willful infringement of his copyrighted work. (17 U.S.C. § 504(c)(2)).

We are aware of the July 19, 2007 letter to Mr. Le from the City's Department of Personnel suggesting that the Work might be a "Work for Hire" under 17 U.S.C. §201(b) which would accord the City a claim of ownership to the Work.  That suggestion is factually and legally bankrupt for the following reasons.

The seminal case on "Work for Hire" is the Supreme Court's decision in *Community for Creative Non-Violence v. Reid*, 490 U.S. 730, 740, 109 S.Ct. 2166, 2172-73 (1989) which held that one looks to agency law for guidance on this issue, particularly, The Restatement Second of Agency.  A factually apposite case applying these agency principles is *Roeslin v. District of Columbia*, 921 F.Supp. 793 (D.D.C. 1995).  In that case, as with Mr. Le, an employee independently developed a computer program on his own time benefiting his employer.  Like the situation in *Roeslin*, Mr. Le initially asked his supervisor to develop the Work during working hours.  That request was flatly denied by Mr. Le's supervisor on the grounds such activity would detract from his ability to complete his assigned job duties.  Mr. Le then developed the Work on his "own computer during off-duty hours" as acknowledged in the City's July 19, 2007 letter.  In concluding that the computer program at issue was a "work for hire" the *Roeslin* court noted "it

---

[1] This certificate constitutes prima facie evidence of the validity of the copyright (17 U.S.C. §410(c)).

LTL 0183

is disingenuous for the District [of Columbia – Roeslin's employer] to initially have stated that the plaintiff did so for the District's benefit." *Id.* at 798-799. The same is true for the City of Wilmington.

The Work is presumed valid. The Work was authored and is owned by Mr. Le. Thus, Mr. Le had an absolute right to remove the Work from the City's server. Equally important, the City is infringing. The City is liable for up to $150,000 in statutory damages.

On Mr. Le's behalf we demand that Mr. Le receive appropriate compensation for past and future use of his Work. Absent the City's agreement to remedy its unauthorized use of that Work, Mr. Le reserves his right to pursue other remedies.

Sincerely,

Paul E. Crawford
Connolly Bove Lodge & Hutz LLP
PEC/jac

Enclosure

Cc:    Mr. Le T. Le

LTL 0184



**City of Wilmington**
**Delaware**

JAMES M. BAKER
MAYOR

LOUIS L. REDDING - CITY/COUNTY BUILDING
800 FRENCH STREET
WILMINGTON, DELAWARE
19801 - 3537

**Law Department**
302/576-2175

August 13, 2007

Paul E. Crawford, Esquire
Connolly, Bove, Lodge & Hutz, LLP
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899

RE:   Le T. Le's Copyright Issue

Dear Paul:

Thank you for your letter of August 7 regarding Le T. Le's claim that he owns the copyright to the computer code for the instant ticketing program that he prepared at the request of the City's Commissioner of Licenses and Inspections, Jeffrey Starkey. I have also reviewed your enclosure of Mr. Le's Certificate of Registration, in which Mr. Le appropriately listed the title of the work as "City LnI", thereby acknowledging that it is indeed the City's product.

Although Mr. Le prepared this computer code for the benefit of the City's instant ticketing program at the behest of Commissioner Starkey, you contend that it is not a "work made for hire." The City stands by its position that the computer code is a work made for hire and that it is the City's property.

While the City does not agree that Le owns that computer code, the City is discontinuing its use of the code.   It was an amateur work product that does not sufficiently meet the City's needs in the instant ticketing program.  Specifically, the code that Le wrote only tracked properties by street address (as opposed to tracking by parcel number) and it did not interface with MUNIS.  Tracking by parcel number and interface with MUNIS are essential for accurate issuance of the instant tickets. For that reason, the City's Integrated Technology staff is preparing a computer code with a newer SQL database that meets these specific programming needs.

LTL 0185

Paul E. Crawford, Esquire
August 13, 2007
Page Two

The City will allow Le to keep the computer code that he prepared for the City, even though it is a work made for hire.  However, Le's employment with the City was terminated because he removed that code from the City's computer network, in direct violation of his supervisor's orders. The City's discontinued use of the computer code does not change the grounds for Mr. Le's termination.

Very truly yours,

John R. Sheridan
City Solicitor

cc:   William S. Montgomery, Mayor's Chief of Staff
      Brenda James-Roberts, Senior First Assistant City Solicitor
      Monica Gonzalez-Gillespie, Director of Personnel
      Alex J. Mili, Jr., Senior Assistant City Solicitor

LTL 0186

Paul E. Crawford
Partner

TEL (302) 888-6262
FAX (302) 658-5614
EMAIL pcrawford@cblh.com
REPLY TO Wilmington Office

28 August 2007

**VIA HAND DELIVERY**
John R. Sheridan
City Solicitor
City of Wilmington/Law Department
800 French Street
Wilmington, DE 19801

      Re:    Le T. Le Copyright Registration

Dear John,

      Thank you for your August 13th letter which arrived while I was out of the office.

      Your letter reasserts the City's ownership of Mr. Le's copyrighted software program despite the clear authority to the contrary described in my August 7th letter to you. However, the City tacitly acknowledges Mr. Le's copyright ownership by allegedly switching programs rather than fight the ownership issue.

      If the City does develop a new program it must be independently developed and not "substantially similar" to Mr. Le's program. See Nimmer on Copyright §13.03[F][1].

      Mr. Le has rightful ownership to his copyrighted program. The City is on notice that he intends to exercise his rights to exploit that right. The City is also on notice that it should avoid infringement of those rights.

      At this juncture the parties are parting ways. It is hoped that there will be no cause to resume this dialogue.

Sincerely,

Paul E. Crawford
Connolly Bove Lodge & Hutz LLP
PEC/jac

560769-1



**City of Wilmington**

**Delaware**

JAMES M. BAKER
MAYOR

LOUIS L. REDDING - CITY/COUNTY BUILDING
800 FRENCH STREET
WILMINGTON, DELAWARE
19801 - 3537

**Law Department**
**(302) 576-2175**

RECEIVED
SEP 0 4 2007
By_____

August 29, 2007

Paul E. Crawford, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19899

    **RE:**   Le T. Le Copyright Registration

Dear Paul:

    Thank you for your letter of August 28 regarding Mr. Le's purported ownership of the copyright for the computer code that he prepared for the City's instant ticketing program.

    Your letter of August 28 states that the City "tacitly acknowledges Mr. Le's copyright ownership by allegedly switching programs rather than fight the ownership issue." Please allow this letter to confirm that the City **does not** acknowledge Mr. Le's ownership of the copyright.

    The City chose not to fight the ownership issue because the computer code that Mr. Le prepared is a shoddy product that has no benefit to the City. Specifically, the code that Mr. Le prepared only identifies properties by street address, whereas the City's instant ticketing program requires a computer code that can identify properties by parcel number. For that reason, the City does not wish to expend the time and money to fight for ownership of a useless computer code.

    Finally, it should be understood that the copyright issue is completely unrelated to the City's decision to terminate Mr. Le's employment. Mr. Le's employment was terminated because he removed software from the City's network, in direct violation of his supervisor's written directive.

                     Very truly yours,

                     John R. Sheridan
                     City Solicitor

LTL 0188